AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | | |
|---|---|---|
| State of Florida | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   11-cv-01428-CKK-MG-ESH |
| United States of America, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Florida

Date:     10/11/2011

*Attorney's signature*

William S. Consovoy, DC 493423
*Printed name and bar number*

Wiley Rein LLP
1776 K Street NW
Washington, DC 20006

*Address*

wconsovoy@wileyrein.com
*E-mail address*

(202) 719-7000
*Telephone number*

(202) 719-7049
*FAX number*