**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STATE OF FLORIDA,<br><br>      Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, and ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States,<br><br>      Defendants,<br><br>KENNETH SULLIVAN, *et al.*,<br><br>      Defendant-Intervenors. | Civil Action No. 11-01428<br>(CKK) (MG) (ESH) |

**ORDER**
(April 20, 2012)

Upon consideration of the United States and Defendant-Intervenors' [92] Joint Motion to Amend, and Florida's [93] Opposition, it is, this 20th day of April, 2012, hereby

**ORDERED** that the parties shall adhere to the following schedule:[1]

| **April 17-May 2, 2012** | Defendants may take depositions *de bene esse* of declarants or affiants offered in support of Florida's [90] proposed FoFs/CoLs. |
|---|---|
| **May 3, 2012** | In a single submission, Defendants shall file their joint (1) opposition to Florida's proposed FoFs/CoLs, responding to each paragraph of Florida's proposed FoFs/CoLs with a correspondingly numbered paragraph (which shall include asserting any evidentiary objections), and (2) additional proposed FoFs/CoLs, setting forth in sequentially numbered paragraphs continuing from the last number used by Florida, any and all additional proposed FoFs/CoLs that are not directly relevant to their opposition but that Defendants consider relevant to the judicial preclearance question. |

---

[1] In addition, the parties are still required to adhere to the procedures set forth in the Court's [87] Scheduling and Procedures Order dated March 27, 2012.

| | |
|---|---|
| **May 4-17, 2012** | Florida may take depositions *de bene esse* of declarants or affiants offered in support of Defendants' May 3, 2012 submission insofar as it would be consistent with the [81-1] Stipulation Concerning the Deposition of Kurt Browning. |
| **May 18, 2012** | In a single submission, Florida shall file its (1) reply to Defendants' opposition to its proposed FoFs/CoLs, referencing the sequentially numbered paragraphs in Florida's original FoFs/CoLs (which shall include responding to any evidentiary objections), and (2) its opposition to Defendants' additional proposed FoF/CoLs, responding to each paragraph of Defendants' proposed FoFs/CoLs with a correspondingly numbered paragraph (which shall include asserting any evidentiary objections).<br><br>Florida may not set forth any additional proposed FoFs/CoLs in this submission. |
| **May 23, 2012** | Florida shall file its brief in support of its constitutional claims, in a submission not to exceed fifty (50) pages. |
| **May 24, 2012** | Defendants shall file their joint reply to Florida's opposition to their proposed FoFs/CoLs (which shall include responding to any evidentiary objections), referencing the sequentially numbered paragraphs in Defendants' additional FoFs/CoLs.<br><br>Defendants may not set forth any additional proposed FoFs/CoLs in this submission. |
| **June 19-21, 2012** | If the Court deems it necessary and appropriate, the Court shall hear live testimony and/or oral argument in connection with the judicial preclearance question. |
| **June 25, 2012** | Defendants shall file a joint opposition to Florida's brief in support of its constitutional claims, in a submission not to exceed fifty (50) pages. |
| **July 9, 2012** | Florida shall file its reply brief in support of its constitutional claims, in a submission not to exceed twenty-five (25) pages. |

**SO ORDERED.**

Date:   April 20, 2012

/s/
**COLLEEN KOLLAR-KOTELLY**
United States District Judge on Behalf of the Court