**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STATE OF FLORIDA,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, and ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States,<br><br>    Defendants,<br><br>KENNETH SULLIVAN, *et al.*,<br><br>    Defendant-Intervenors. | Civil Action No. 11-01428<br>(CKK) (MG) (ESH) |

**ORDER**
(June 22, 2012)

It is, this 22nd day of June, 2012, hereby

**ORDERED** that the parties shall adhere to the following schedule:

(1) **Florida's motion to dismiss and/or to amend:**

  (a) In accordance with its representations to the court during the June 21, 2012 oral argument, Florida shall file its motion to partially dismiss and/or to amend its complaint, not to exceed ten (10) pages, thereby withdrawing its preclearance request regarding the third-party voter registration organization changes that were preliminarily enjoined by Judge Robert L. Hinkle's order in *League of Women Voters of Florida v. Browning*, 4:11-cv-00628-RH-CAS (N.D. Fla.), **by the end of the next business day** after receiving any necessary clarification regarding the scope of Judge Hinkle's order. Florida's motion shall specify which provisions of the third-party changes are being withdrawn and which remain.

  (b) Florida shall also file a notice with the court **by the end of the next business day** after it reaches a decision as to whether to appeal the preliminary injunction and/or by the end of the next business day after which it reaches a settlement in *League of Women Voters of Florida v. Browning*.

    (c)    **Within five (5) calendar days** of Florida's filing of its motion to dismiss and/or amend its complaint, the United States and the defendant-intervenors shall each file responses, not to exceed five (5) pages per response, setting forth any opposition to that motion.

(2)    **Supplemental briefing on the third-party voter registration organization changes:**

    (a)    **Within five (5) calendar days** of Florida's motion, the United States and the defendant-intervenors may each file a supplemental brief, not to exceed ten (10) pages per brief, setting forth arguments, based on the existing record, as to whether the remaining third-party voter registration organization changes have the purpose or effect of denying or abridging the right to vote in violation of 42 U.S.C. § 1973c.

    (b)    **Within five (5) calendar days** of the filing of the United States' and the defendant-intervenors' supplemental briefs, Florida may file a response, not to exceed five (5) pages.

(3)    **Additional submissions:**

    (a)    **By the end of the day on Thursday, June 28, 2012**, the United States shall file a notice attaching any publicly available information reflecting past early voting changes that have, or have not, been precleared by the Attorney General, including but not limited to early voting changes in the states of Georgia, Alabama, Ohio, and Texas.

    (b)    **By the end of the day on Thursday, June 28, 2012**, Florida shall submit copies of the paperwork required for inter-county movers under its old and new statutes, including all required affirmations and certifications. Florida's submission shall also display the differences, if any, between regular and provisional ballots.

/

/

/

/

/

/

(c) **By the end of the day on Thursday, June 28, 2012**, Florida and each of the defendants may also file supplemental briefs, not to exceed five (5) pages per brief, setting out their positions regarding this court's authority to grant conditional preclearance with respect to any of the three sets of election law changes.

**SO ORDERED.**

/s/
**MERRICK B. GARLAND**
United States Circuit Judge

/s/
**ELLEN S. HUVELLE**
United States District Judge

/s/
**COLLEEN KOLLAR-KOTELLY**
United States District Judge