# Attachment 1

## Early Voting Sites by County

### Presidential Preference Primary - January 29, 2008

| Location(s) | Dates | Times |
|---|---|---|
| **Alachua County** | | |
| Supervisor of Elections County Administration Building 12 SE 1st Street, Gainesville | January 14, 2008 to January 26, 2008 | Monday-Friday, (9:00am – 5:00pm) Saturday, January 19, 2008 (9:00am – 1:00pm) Sunday, January 20, 2008 (1:00pm – 5:00pm) Saturday, January 26, 2008 (9:00am – 5:00pm) |
| Millhopper Branch Library 3145 NW 43rd Street, Gainesville | January 14, 2008 to January 26, 2008 | Monday-Friday, (9:00am – 5:00pm) Saturday, January 19, 2008 (9:00am – 1:00pm) Sunday, January 20, 2008 (1:00pm – 5:00pm) Saturday, January 26, 2008 (9:00am – 5:00pm) |
| Tower Road Branch Library 3020 SW 75th Street, Gainesville | January 14, 2008 to January 26, 2008 | Monday-Friday, (9:00am – 5:00pm) Saturday, January 19, 2008 (9:00am – 1:00pm) Sunday, January 20, 2008 (1:00pm – 5:00pm) Saturday, January 26, 2008 (9:00am – 5:00pm) |
| **Baker County** | | |
| Supervisor of Elections Office 32 N. 5th Street, Ste. A, Macclenny, FL 32063 | January 14, 2008 to January 26, 2008 | Monday - Saturday 9am-5pm |
| **Bay County** | | |
| Bay County Election Center 205 Mosley Drive Lynn Haven | January 14, 2008 to January 26, 2008 | Monday - Saturday (9:00 am - 5:00 pm) |
| **Bradford County** | | |
| North Wing of the Courthouse 945 N Temple Ave, Suite C Starke, Fl 32091 | January 14, 2008 to January 26, 2008 | Monday thru Saturday 8:30 a.m. to 4:30 p.m. |
| **Brevard County** | | |
| 2725 Judge Fran Jamieson Way, Bldg. C Melbourne, Florida 32940 | January 14, 2008 to January 26, 2008 | Monday - Saturday (8:00 am - 4:00 pm) |
| 400 South Street, Suite 1F, Titusville, Florida 32780 | January 14, 2008 to January 26, 2008 | Monday - Saturday (8:00 am - 4:00 pm) |
| 450 Cogan Drive, SE, Palm Bay, Florida 32909 | January 14, 2008 to January 26, 2008 | Monday - Saturday (8:00 am - 4:00 pm) |
| 1515 Sarno Road, Melbourne, Florida 32935 | January 14, 2008 to January 26, 2008 | Monday - Saturday (8:00 am - 4:00 pm) |
| 2575 N Courtenay Parkway, Merritt Island, Florida 32953 | January 14, 2008 to January 26, 2008 | Monday - Saturday (8:00 am - 4:00 pm) |
| **Broward County** | | |
| Coconut Creek North Regional Library/BCC 1100 Coconut Creek Blvd. Coconut Creek, FL 33066 | January 14, 2008 to January 27, 2008 | Monday-Friday 10 a.m.-6 p.m. Saturday 10 a.m.-3 p.m. Sunday 1 p.m.-4 p.m. |
| Coral Springs Northwest Regional Library 3151 University Dr. Coral Springs, FL 33065 | January 14, 2008 to January 27, 2008 | Monday-Friday 10 a.m.-6 p.m. Saturday 10 a.m.-3 p.m. Sunday 1 p.m.-4 p.m. |

# Early Voting Sites by County

## Presidential Preference Primary - January 29, 2008

| Location(s) | Dates | Times |
|---|---|---|
| Davie/Cooper City<br>Davie/Cooper City Branch Library<br>4600 SW 82nd Ave<br>Davie, FL 33328 | January 14, 2008 to<br>January 27, 2008 | Monday-Friday 10 a.m.-6 p.m<br>Saturday 10 a.m.-3 p.m.<br>Sunday 1 p.m.-4 p.m. |
| Deerfield Beach<br>North Regional Satellite Courthouse<br>1600 W. Hillsboro Blvd. Rm. 170<br>Deerfield, FL 33442 | January 14, 2008 to<br>January 27, 2008 | Monday-Friday 10 a.m.-6 p.m<br>Saturday 10 a.m.-3 p.m.<br>Sunday 1 p.m.-4 p.m. |
| Ft. Lauderdale<br>African-American Research Library<br>2650 Sistrunk Blvd.<br>Ft. Lauderdale, FL 33311 | January 14, 2008 to<br>January 27, 2008 | Monday-Friday 10 a.m.-6 p.m<br>Saturday 10 a.m.-3 p.m.<br>Sunday 1 p.m.-4 p.m. |
| Ft. Lauderdale Branch Library/<br>Art Serve<br>1350 E. Sunrise Blvd. Room 130<br>Ft. Lauderdale, FL 33304 | January 14, 2008 to<br>January 27, 2008 | Monday-Friday 10 a.m.-6 p.m<br>Saturday 10 a.m.-3 p.m.<br>Sunday 1 p.m.-4 p.m. |
| Main Library<br>100 S. Andrews Ave<br>Ft. Lauderdale, FL 33301 | January 14, 2008 to<br>January 27, 2008 | Monday-Friday 10 a.m.-6 p.m<br>Saturday 10 a.m.-3 p.m.<br>Sunday 1 p.m.-4 p.m. |
| Hallandale Beach<br>Hallandale Beach City Hall<br>400 S. Federal Hwy.<br>Hallandale Beach, FL 33009 | January 14, 2008 to<br>January 27, 2008 | Monday-Friday 10 a.m.-6 p.m<br>Saturday 10 a.m.-3 p.m.<br>Sunday 1 p.m.-4 p.m. |
| Hollywood<br>Hollywood Branch Library<br>2600 Hollywood Blvd.<br>Hollywood, FL 33020 | January 14, 2008 to<br>January 27, 2008 | Monday-Friday 10 a.m.-6 p.m<br>Saturday 10 a.m.-3 p.m.<br>Sunday 1 p.m.-4 p.m. |
| Lauderhill<br>Lauderhill Mall<br>1241 NW 40th Ave.<br>Lauderhill, FL 33313 | January 14, 2008 to<br>January 27, 2008 | Monday-Friday 10 a.m.-6 p.m<br>Saturday 10 a.m.-3 p.m.<br>Sunday 1 p.m.-4 p.m. |
| Miramar City Hall<br>2300 Civic Center Place<br>Miramar, FL 33025 | January 14, 2008 to<br>January 27, 2008 | Monday-Friday 10 a.m.-6 p.m<br>Saturday 10 a.m.-3 p.m.<br>Sunday 1 p.m.-4 p.m. |
| Pembroke Pines<br>Scuthwest Regional Library<br>16835 Sheridan St.<br>Pembroke Pines, FL 33331 | January 14, 2008 to<br>January 27, 2008 | Monday-Friday 10 a.m.-6 p.m<br>Saturday 10 a.m.-3 p.m.<br>Sunday 1 p.m.-4 p.m. |
| Plantation<br>Plantation West Regional Library<br>8601 W. Broward Blvd.<br>Plantation, FL 33324 | January 14, 2008 to<br>January 27, 2008 | Monday-Friday 10 a.m.-6 p.m<br>Saturday 10 a.m.-3 p.m.<br>Sunday 1 p.m.-4 p.m. |
| Pompano Beach<br>Pompano Beach Library<br>1213 E. Atlantic Blvd.<br>Pompano Beach, FL 33060 | January 14, 2008 to<br>January 27, 2008 | Monday-Friday 10 a.m.-6 p.m<br>Saturday 10 a.m.-3 p.m.<br>Sunday 1 p.m.-4 p.m. |
| Tamarac<br>Tamarac Branch Library<br>8701 W. Commercial Blvd.<br>Tamarac, FL 33321 | January 14, 2008 to<br>January 27, 2008 | Monday-Friday 10 a.m.-6 p.m<br>Saturday 10 a.m.-3 p.m.<br>Sunday 1 p.m.-4 p.m. |

## Early Voting Sites by County

### Presidential Preference Primary - January 29, 2008

| Location(s) | Dates | Times |
|---|---|---|
| Weston<br>Weston Branch Library<br>4205 Bonaventure Blvd.<br>Weston, FL 33332 | January 14, 2008 to<br>January 27, 2008 | Monday-Friday 10 a.m.-6 p.m<br>Saturday 10 a.m.-3 p.m.<br>Sunday 1 p.m.-4 p.m. |
| **Calhoun County** | | |
| Calhoun County<br>Supervisor of Elections' Office<br>20859 Central Ave East, Room G-10<br>Blountstown, FL | January 14 - Jan 26 | Monday – Saturday<br>8am – 4 pm |
| **Charlotte County** | | |
| Tringali Park, Unit 2<br>3460 S. McCall Rd<br>Englewood, FL 34224 | January 14, 2008, to<br>Friday, January 18<br><br>January 20, 2008, to<br>Saturday, January 26 | 9:00 a.m. - 5:00 p.m. |
| Murdock Administration Bldg<br>Building B, Room 106<br>18500 Murdock Circle<br>Port Charlotte, FL 33948 | January 14, 2008, to<br>Friday, January 18<br><br>January 20, 2008, to<br>Saturday, January 26 | 9:00 a.m. - 5:00 p.m. |
| Supervisor of Elections Office<br>South County Annex Bldg<br>410 Taylor Rd<br>Punta Gorda, FL 33950 | January 14, 2008, to<br>Friday, January 18<br><br>January 20, 2008, to<br>Saturday, January 26 | 9:00 a.m. - 5:00 p.m. |
| Supervisor of Elections Branch Office<br>Englewood Annex Bldg<br>6868 San Casa Rd<br>Englewood, FL 34224 | January 14, 2008, to<br>Friday, January 18<br><br>January 20, 2008, to<br>Saturday, January 26 | 9:00 a.m. - 5:00 p.m. |
| Carmalita Park<br>6905 Florida Street<br>Punta Gorda, FL 33950 | January 14, 2008, to<br>Friday, January 18<br><br>January 20, 2008, to<br>Saturday, January 26 | 9:00 a.m. - 5:00 p.m. |
| Mid- County Library<br>2050 Forrest Nelson Blvd.<br>Port Charlotte, FL 33952 | January 14, 2008, to<br>Friday, January 18<br><br>January 20, 2008, to<br>Saturday, January 26 | 9:00 a.m. - 5:00 p.m. |
| **Citrus County** | | |
| Citrus County Courthouse<br>110 N. Apopka Ave.<br>Inverness, FL 34450 | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>9:00 a.m — 5:00 p.m. |
| Inverness City Hall<br>212 W. Main St.<br>Inverness, FL 34450 | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>9:00 a.m — 5:00 p.m. |
| Central Ridge Library<br>425 W. Roosevelt Blvd.<br>Beverly Hills, FL 34465 | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>9:00 a.m — 5:00 p.m. |

## Early Voting Sites by County

### Presidential Preference Primary - January 29, 2008

| Location(s) | Dates | Times |
|---|---|---|
| Crystal River Elections Office 801 SE Hwy. 19 Crystal River, FL 34429 | January 14, 2008 to January 26, 2008 | Monday - Saturday 9:00 a.m.— 5:00 p.m. |
| Homosassa Public Library 4100 S. Grandmarch Ave. Homosassa, FL 34446 | January 14, 2008 to January 26, 2008 | Monday - Saturday 9:00 a.m.— 5:00 p.m. |
| **Clay County** | | |
| Green Cove Springs (SOE Main Office) 1417-1 S. Orange Ave. Green Cove Springs, FL 32043 | January 14, 2008 to January 26, 2008 | Monday thru Saturday 8:30 a.m. to 4:30 p.m. |
| Fleming Island Library (In Meeting Room) 1895 Town Center Blvd. Orange Park, FL 32003 | January 14, 2008 to January 26, 2008 | Monday thru Saturday 8:30 a.m. to 4:30 p.m. |
| Orange Park (In Tax Collector's Office) 1518 Park Avenue Orange Park, FL 32073 | January 14, 2008 to January 26, 2008 | Monday thru Saturday 8:30 a.m. to 4:30 p.m. |
| Keystone Heights (In Tax Collector's Office) 275 Lawrence Blvd. Keystone Heights, FL 32656 | January 14, 2008 to January 26, 2008 | Monday thru Saturday 8:30 a.m. to 4:30 p.m. |
| Middleburg (In Tax Collector's Office) 3245 Bear Run Blvd. Middleburg, FL 32068 | January 14, 2008 to January 26, 2008 | Monday thru Saturday 8:30 a.m. to 4:30 p.m. |
| **Collier County** | | |
| Supervisor of Elections Office 3301 Tiamiami Trail East Naples, FL 34112 | January 14, 2008 to January 26, 2008 | Monday through Saturday 10:30 a.m. - 6:30 p.m. |
| Naples City Hall 735 8th Street South Naples, FL 34102 | January 14, 2008 to January 26, 2008 | Monday through Saturday 10:30 a.m. - 6:30 p.m. |
| Library Headquarters 2385 Orange Blossom Drive Naples, FL 34109 | January 14, 2008 to January 26, 2008 | Monday through Saturday 10:30 a.m. - 6:30 p.m. |
| Golden Gate Library 4898 Coronado Pkwy Naples, FL 34116 | January 14, 2008 to January 26, 2008 | Monday through Saturday 10:30 a.m. - 6:30 p.m. |
| Marco Island Library 210 South Heathwood Drive Marco Island, FL 34135 | January 14, 2008 to January 26, 2008 | Monday through Saturday 10:30 a.m. - 6:30 p.m. |
| Immokalee Library 417 North First Street Immokalee, FL 34142 | January 14, 2008 to January 26, 2008 | Monday through Saturday 10:30 a.m. - 6:30 p.m. |
| Everglades City Hall 206 South Copeland Ave. Everglades City, FL 34139 | January 14, 2008 to January 26, 2008 | Monday through Saturday 10:30 a.m. - 6:30 p.m. |
| **Columbia County** | | |
| 971 W. Duval Street, Room 102, Lake City, FL | January 14 to January 26, 2008 | 8:30 am – 4:30 pm Monday – Saturday |

## Early Voting Sites by County

### Presidential Preference Primary - January 29, 2008

| Location(s) | Dates | Times |
|---|---|---|
| Branch Office<br>7579 SW SR 47, Ft. White, FL | January 14 to<br>January 26, 2008 | 8:30 am – 4:30 pm<br>Monday – Saturday |
| **DeSoto County** | | |
| Supervisor of Elections Office<br>201 E Oak St, Ste 104<br>Arcadia, Florida 34266 | January 14, 2008 to<br>January 26, 2008 | Monday – Saturday, 9-5 |
| **Dixie County** | | |
| Supervisor of Elections Office<br>(Dixie County Court House)<br>214 NE 351 Hwy Suite B<br>Cross City, FL 32628 | January 14 to<br>January 26, 2008 | Monday thru Friday - 9:00 to 5:00<br>Saturday - 8:00 to 4:00 |
| **Duval County** | | |
| Duval County<br>Supervisor of Elections Office<br>105 Eash Monroe Street<br>Jacksonville, Florida 32202 | January 14, 2008 to<br>January 26, 2008 | Monday - Friday<br>(10:00 a.m. - 6:00 p.m.)<br>Saturday - Sunday<br>(1:00 p.m. - 5:00 p.m.) |
| Duval County<br>Supervisor of Elections Branch Office<br>5200-2 Norwood Ave (Gateway Mall)<br>Jacksonville, Florida 32208 | January 14, 2008 to<br>January 26, 2008 | Monday - Friday<br>(10:00 a.m. - 6:00 p.m.)<br>Saturday - Sunday<br>(1:00 p.m. - 5:00 p.m.) |
| Beaches Branch<br>600 3rd Street<br>Neptune Beach, Florida 32266 | January 14, 2008 to<br>January 26, 2008 | Monday - Friday<br>(10:00 a.m. - 6:00 p.m.)<br>Saturday - Sunday<br>(1:00 p.m. - 5:00 p.m.) |
| Bradham-Brooks Branch<br>1755 Edgewood Avenue West<br>Jacksonville, Florida 32208 | January 14, 2008 to<br>January 26, 2008 | Monday - Friday<br>(10:00 a.m. - 6:00 p.m.)<br>Saturday - Sunday<br>(1:00 p.m. - 5:00 p.m.) |
| Highlands Branch<br>1826 Dunn Avenue<br>Jacksonville, Florida 32218 | January 14, 2008 to<br>January 26, 2008 | Monday - Friday<br>(10:00 a.m. - 6:00 p.m.)<br>Saturday - Sunday<br>(1:00 p.m. - 5:00 p.m.) |
| Mandarin Branch<br>3330 Kori Road<br>Jacksonville, Florida 32257 | January 14, 2008 to<br>January 26, 2008 | Monday - Friday<br>(10:00 a.m. - 6:00 p.m.)<br>Saturday - Sunday<br>(1:00 p.m. - 5:00 p.m.) |
| Murray Hill Branch<br>918 Edgewood Avenue South<br>Jacksonville, Florida 32205 | January 14, 2008 to<br>January 26, 2008 | Monday - Friday<br>(10:00 a.m. - 6:00 p.m.)<br>Saturday - Sunday<br>(1:00 p.m. - 5:00 p.m.) |
| Pablo Creek Brank<br>13295 Beach Boulevard<br>Jacksonville, Florida 32246 | January 14, 2008 to<br>January 26, 2008 | Monday - Friday<br>(10:00 a.m. - 6:00 p.m.)<br>Saturday - Sunday<br>(1:00 p.m. - 5:00 p.m.) |
| Regency Square Branch<br>9900 Regency Square Boulevard<br>Jacksonville, Florida 32225 | January 14, 2008 to<br>January 26, 2008 | Monday - Friday<br>(10:00 a.m. - 6:00 p.m.)<br>Saturday - Sunday<br>(1:00 p.m. - 5:00 p.m.) |

## Early Voting Sites by County
### Presidential Preference Primary - January 29, 2008

| Location(s) | Dates | Times |
|---|---|---|
| Southeast Branch<br>10599 Deerwood Park Boulevard<br>Jacksonville, Florida 32256 | January 14, 2008 to<br>January 26, 2008 | Monday - Friday<br>(10:00 a.m. - 6:00 p.m.)<br>Saturday - Sunday<br>(1:00 p.m. - 5:00 p.m.) |
| South Mandarin Branch<br>12125 San Jose Boulevard<br>Jacksonville, Florida 32223 | January 14, 2008 to<br>January 26, 2008 | Monday - Friday<br>(10:00 a.m. - 6:00 p.m.)<br>Saturday - Sunday<br>(1:00 p.m. - 5:00 p.m.) |
| Univeristy Park Branch<br>3435 University Boulevard North<br>Jacksonville, Florida 32227 | January 14, 2008 to<br>January 26, 2008 | Monday - Friday<br>(10:00 a.m. - 6:00 p.m.)<br>Saturday - Sunday<br>(1:00 p.m. - 5:00 p.m.) |
| Webb-Wesconnett Branch<br>6887 103rd Street<br>Jacksonville, Florida 32210 | January 14, 2008 to<br>January 26, 2008 | Monday - Friday<br>(10:00 a.m. - 6:00 p.m.)<br>Saturday - Sunday<br>(1:00 p.m. - 5:00 p.m.) |
| West Regional Branch<br>1425 Chaffee Road South<br>Jacksonville, Florida 32221 | January 14, 2008 to<br>January 26, 2008 | Monday - Friday<br>(10:00 a.m. - 6:00 p.m.)<br>Saturday - Sunday<br>(1:00 p.m. - 5:00 p.m.) |
| **Escambia County** | | |
| Supervisor of Elections Main Office, 213 Palafox Place, Second Floor, Pensacola | January 14, 2008 to<br>January 26, 2008 | January 14 - 18, 2008<br>8:30 a.m. - 4:30 p.m.<br>Saturday, January 19, 2008<br>8:30 a.m. - 12:30 p.m.<br>Sunday, January 20, 2008<br>11:30 a.m. - 3:30 p.m.<br>January 21 - 26, 2008<br>8:30 a.m. - 4:30 p.m. |
| Tryon Branch Library<br>5740 North 9th Avenue<br>Pensacola | January 14, 2008 to<br>January 26, 2008 | January 14 - 18, 2008<br>8:30 a.m. - 4:30 p.m.<br>Saturday, January 19, 2008<br>8:30 a.m. - 12:30 p.m.<br>Sunday, January 20, 2008<br>11:30 a.m. - 3:30 p.m.<br>January 21 - 26, 2008<br>8:30 a.m. - 4:30 p.m. |
| Supervisor of Elections Cantonment Office<br>292 Muscogee Road<br>Cantonment | January 14, 2008 to<br>January 26, 2008 | January 14 - 18, 2008<br>8:30 a.m. - 4:30 p.m.<br>Saturday, January 19, 2008<br>8:30 a.m. - 12:30 p.m.<br>Sunday, January 20, 2008<br>11:30 a.m. - 3:30 p.m.<br>January 21 - 26, 2008<br>8:30 a.m. - 4:30 p.m. |

## Early Voting Sites by County

### Presidential Preference Primary - January 29, 2008

| Location(s) | Dates | Times |
|---|---|---|
| Southwest Branch Library<br>12248 Gulf Beach Highway<br>Pensacola | January 14, 2008 to<br>January 26, 2008 | January 14 - 18, 2008<br>8:30 a.m. - 4:30 p.m.<br>Saturday, January 19, 2008<br>8:30 a.m. - 12:30 p.m.<br>Sunday, January 20, 2008<br>11:30 a.m. - 3:30 p.m.<br>January 21 - 26, 2008<br>8:30 a.m. - 4:30 p.m. |
| **Flagler County** | | |
| Supervisor of Election's Office<br>1769 E. Moody Blvd.<br>Building 2, Suite 101<br>Bunnell, Florida 32110 | January 14, 2008 to<br>January 26, 2008 | Monday - Saturday<br>8:30 a.m. - 4:30 p.m. |
| **Franklin County** | | |
| Supervisor of Elections Office<br>47 Avenue F.<br>Apalachicola, FL | January 14, 2008 to<br>January 26, 2008 | Monday - Saturday<br>8:30 a.m. - 4:30 p.m. |
| Franklin County Annex<br>1647 Hwy. 98 East<br>Carrabelle, FL | January 14, 2008 to<br>January 26, 2008 | Monday - Saturday<br>8:30 a.m. - 4:30 p.m. |
| **Gadsden County** | | |
| Supervisor of Elections Office<br>16 S. Madison St.<br>Quincy, FL | January 14, 2008 to<br>January 26, 2008 | Monday - Saturday<br>8:30 a.m. - 5:30 p.m. |
| Chattahoochee Library<br>300 Maple Street<br>Chattahoochee. FL | January 14, 2008 to<br>January 26, 2008 | Monday - Saturday<br>8:30 a.m. - 5:30 p.m. |
| Havana Library<br>206 E. 5th Avenue<br>Havana, FL | January 14, 2008 to<br>January 26, 2008 | Monday - Saturday<br>8:30 a.m. - 5:30 p.m. |
| **Gilchrist County** | | |
| 112 South Main Street, Room 128,<br>Trenton, FL 32693 | January 14, 2008 to<br>January 27, 2008 | Monday - Saturday<br>(9:00 am - 5:00 pm) |
| **Glades County** | | |
| Supervisor of Elections Office<br>500 Avenue J, Courthouse<br>Moore Haven, FL | January 14, 2008 to<br>January 26, 2008 | Mon. – Fri. 8:00 – 5:00<br>Sat. – 8:00 – 4:00 |
| **Gulf County** | | |
| Elections Office<br>401 Long Avenue<br>Port St. Joe, Fl | January 14, 2008 to<br>January 26, 2008 | Monday – Saturday<br>9am – 5pm, EST |
| Wewahitchka Branch Library<br>314 N 2nd Street<br>Wewahitchka, Fl | January 14, 2008 to<br>January 26, 2008 | Monday – Saturday<br>9am – 5pm, EST |
| **Hamilton County** | | |
| Supervisor of Elections' Office<br>1143 US Hwy 41, Suite 1<br>Jasper, Fl 32052-5856 | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>8:30 a.m. - 5:00 p.m. |
| **Hardee County** | | |

## Early Voting Sites by County
### Presidential Preference Primary - January 29, 2008

| Location(s) | Dates | Times |
|---|---|---|
| 311 N. 6th Ave. Wauchula, FL 33873 | January 14th – 26th | Monday – Saturday<br>9am – 5pm |
| **Hendry County** | | |
| Supervisor of Elections Office<br>25 E. Hickpochee Ave., LaBelle, FL 33935 | January 14, 2008<br>to<br>January 26, 2008 | Monday through Saturday<br>9:00 am to 5:00 pm |
| Sub-office, Clewiston Town Center<br>931 W. Sugarland Hwy., Clewiston, FL 33440 | January 14, 2008<br>to<br>January 26, 2008 | Monday through Saturday<br>8:00 am to 1:00 pm and<br>2:00 pm to 5:00 pm |
| **Hernando County** | | |
| Hernando County Government Center<br>20 N. Main Street, Room 165,<br>Brooksville | January 14, 2008 to<br>January 26, 2008 | Monday - Saturday<br>8:30 a.m. - 4:30 p.m. |
| Government Center<br>7443 Forest Oaks Blvd<br>Spring Hill. | January 14, 2008 to<br>January 26, 2008 | Monday - Saturday<br>8:30 a.m. - 4:30 p.m. |
| **Highlands County** | | |
| Highlands County Government Center<br>600 S. Commerce Ave.<br>Sebring, FL 33870 | January 14, 2008 to<br>January 26, 2008 | Monday - Saturday<br>8:00 a.m. - 4:00 p.m. |
| Avon Park Public Library<br>100 N. Museum Ave.<br>Avon Park, FL 33825 | January 14, 2008 to<br>January 26, 2008 | Monday - Saturday<br>8:00 a.m. - 4:00 p.m. |
| Lake Placid Public Library<br>47 Park Dr.<br>Lake Placid, FL 33852 | January 14, 2008 to<br>January 26, 2008 | Monday - Saturday<br>8:00 a.m. - 4:00 p.m. |
| **Hillsborough County** | | |
| County Center<br>601 E. Kennedy Boulevard, 16th Floor | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>9am – 5pm |
| Robert L. Gilder Elections Service Center<br>2514 N. Falkenburg Road | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>9am – 5pm |
| SouthShore Regional Library<br>15816 Beth Shields Way | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>10am - 6pm |
| Temple Terrace Public Library<br>202 Bullard Parkway | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>10am - 6pm |
| Plant City, City Hall<br>302 West Reynolds Street | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>9am – 5pm |
| Riverview Branch Library<br>10509 Riverview Drive | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>10am - 6pm |

## Early Voting Sites by County
### Presidential Preference Primary - January 29, 2008

| Location(s) | Dates | Times |
|---|---|---|
| College Hill Branch Library<br>2607 East Dr. Martin Luther King, Jr. Blvd | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>10am - 6pm |
| West Tampa Branch Library<br>2312 West Union Street | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>10am - 6pm |
| Bloomingdale Regional Public Library<br>1906 Bloomingdale Avenue | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>10am - 6pm |
| New Tampa Regional Library<br>10001 Cross Creek Boulevard | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>10am - 6pm |
| Upper Tampa Bay<br>Regional Public Library<br>11211 Countryway Boulevard | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>10am - 6pm |
| Jimmie B. Keel Regional Library<br>2902 West Bearss Avenue | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>10am - 6pm |
| Jan Kaminis Platt Regional Library<br>3910 South Manhattan Ave | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>10am - 6pm |
| **Holmes County** | | |
| Holmes County Supervisor Office<br>201 N. Oklahoma Street<br>Bonifay, Florida | January 14, 2008 to<br>January 26, 2008 | Monday - Saturday<br>(8:00 am - 4:00 pm) |
| **Indian River County** | | |
| Supervisor of Elections Office<br>4375 43rd Ave<br>Vero Beach, Florida 32966 | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>(8:00 am - 4:00 pm) |
| Indian River County Main Library<br>1600 21st Street<br>Vero Beach, Florida 32690 | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>(8:00 am - 4:00 pm) |
| Historic Sebastian Elementary School<br>1235 Main Street<br>Sebastian, Florida 32958 | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>(8:00 am - 4:00 pm) |
| **Jackson County** | | |
| Jackson County<br>Supervisor of Elections Office<br>2851 Jefferson Street<br>Marianna, Fl | January 14, 2008 to<br>January 26, 2008 | Monday – Saturday<br>8:30a.m. to 4:30p.m. |
| **Jefferson County** | | |
| Supervisor of Elections Office<br>380 W DOGWOOD STREET | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>8:30 TO 4:30 |
| **Lafayette County** | | |
| Supervisor Of Elections Office<br>120 W. Main St., Rm 129<br>Mayo, FL | January 14, 2008 to<br>January 26, 2008 | Monday - Saturday<br>8:30 a.m. - 4:30 p.m. |
| **Lake County** | | |

## Early Voting Sites by County

### Presidential Preference Primary - January 29, 2008

| Location(s) | Dates | Times |
|---|---|---|
| Tavares City Hall<br>Council Chambers<br>201 E. Main Street, Tavares | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>(9:00 am - 5:00 pm) |
| Minneola City Hall<br>800 N. US Hwy 27, Minneola | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>(9:00 am - 5:00 pm) |
| Lady Lake Town Hall<br>Commission Chambers<br>409 Fennell Blvd., Lady Lake | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>(9:00 am - 5:00 pm) |
| Eustis Public Library<br>120 N. Center Street, Eustis | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>(9:00 am - 5:00 pm) |
| Leesburg Public Library<br>100 E. Main Street, Leesburg | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>(9:00 am - 5:00 pm) |
| Umatilla City Hall<br>Council Chambers<br>1 W. Central Ave., Umatilla | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>(9:00 am - 5:00 pm) |
| W.T. Bland Public Library<br>1995 North Donnelly Street<br>Mount Dora | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>(9:00 am - 5:00 pm) |
| **Lee County** | | |
| Main Office<br>2480 Thompson St.,<br>Third Floor Auditorium | January 14, 2008 to<br>January 26, 2008 | Mon-Fri   10:00AM – 6:00 PM<br>Sat.    9:00AM – 5:00 PM<br>Open at all locations on Dr. Martin Luther King,<br>Jr.'s Birthday observance - January 21, 2008 |
| Elections Center:<br>13180 S. Cleveland Ave.<br>Across from Bell Tower Mall | January 14, 2008 to<br>January 26, 2008 | Mon-Fri   10:00AM – 6:00 PM<br>Sat.    9:00AM – 5:00 PM<br>Open at all locations on Dr. Martin Luther King,<br>Jr.'s Birthday observance - January 21, 2008 |
| Bonita Springs:<br>24951 Old US 41. Suite #10 | January 14, 2008 to<br>January 26, 2008 | Mon-Fri   10:00AM – 6:00 PM<br>Sat.    9:00AM – 5:00 PM<br>Open at all locations on Dr. Martin Luther King,<br>Jr.'s Birthday observance - January 21, 2008 |
| Cape Coral:<br>Lee County Government Building<br>1031 SE 9th Place, Suite #3 | January 14, 2008 to<br>January 26, 2008 | Mon-Fri   10:00AM – 6:00 PM<br>Sat.    9:00AM – 5:00 PM<br>Open at all locations on Dr. Martin Luther King,<br>Jr.'s Birthday observance - January 21, 2008 |
| Lehigh Acres:<br>East County Regional Library,<br>881 Gunnery Rd., Lehigh Acres | January 14, 2008 to<br>January 26, 2008 | Mon-Fri   10:00AM – 6:00 PM<br>Sat.    9:00AM – 5:00 PM<br>Open at all locations on Dr. Martin Luther King,<br>Jr.'s Birthday observance - January 21, 2008 |
| **Leon County** | | |
| Leon County Courthouse Rotunda<br>301 South Monroe Street<br>Tallahassee | January 14 - 18, 2008<br>January 20 - 26, 2008 | 8:00 a.m. - 4:00 p.m. |
| Woodville Community Center<br>8000 Old Woodville Highway<br>Tallahassee | January 14 - 18, 2008<br>January 20 - 26, 2008 | 10:00 a.m. to 6:00 p.m |

## Early Voting Sites by County
### Presidential Preference Primary - January 29, 2008

| Location(s) | Dates | Times |
|---|---|---|
| Ft. Braden Library<br>16327 Blountstown Highway<br>Tallahassee | January 14 - 18, 2008<br>January 20 - 26, 2008 | 10:00 a.m. to 6:00 p.m. |
| N.E. Library<br>5513 Thomasville Road<br>Tallahassee | January 14 - 18, 2008<br>January 20 - 26, 2008 | 10:00 a.m. - 6:00 p.m. |
| **Levy County** | | |
| 421 South Court Street | January 14, 2008 to<br>January 26, 2008 | Monday-Saturday<br>8:30 am – 4:30 pm |
| **Liberty County** | | |
| Supervisor of Elections' Office<br>10818 NW SR 20, Bristol | January 14-19, 2008<br>&<br>January 21-26, 2008 | (Monday thru Saturday)<br>8:00 am - 4:00 pm |
| **Madison County** | | |
| Madison County Boardroom Annex<br>229 SW Pinckney St Room 107<br>Madison, FL 32340 | January 14th-26th | Monday - Friday<br>8:30am - 5:30pm<br>Sat., January 19- 8am-12pm<br>Sun.. January 20- 1pm-5pm<br>Sun.. January 26- 8am-5pm |
| **Manatee County** | | |
| Supervisor of Elections Office<br>321 15th Street West<br>Bradenton | January 14, 2008<br>to<br>January 26, 2008 | Monday-Saturday,<br>Hours: 8:30am-4:30pm |
| **Monroe County** | | |
| Supervisor of Elections Offices<br>530 Whitehead Street<br>Key West, Fl | January 14, 2008 to<br>January 26, 2008 | Monday-Saturday,<br>Hours: 8:30am-4:30pm |
| Supervisor of Elections Office<br>490 63rd. Street Ocean #130<br>Marathon, Fl | January 14, 2008 to<br>January 26. 2008 | Monday-Saturday,<br>Hours: 8:30am-4:30pm |
| Supervisor of Elections Office<br>88820 Overseas Highway<br>Tavernier, Fl | January 14, 2008 to<br>January 26. 2008 | Monday-Saturday,<br>Hours: 8:30am-4:30pm |
| Monroe County Public Library<br>Big Pine Key<br>(Located in the Winn Dixie Plaza)<br>213 Key Deer Blvd. | January 14, 2008 to<br>January 26, 2008 | Monday-Saturday,<br>Hours: 8:30am-4:30pm |
| Monroe County Public Library<br>Key Largo (located in the Tradewinds Plaza)<br>101485 Overseas Highway | January 14, 2008 to<br>January 26, 2008 | Monday-Saturday,<br>Hours: 8:30am-4:30pm |
| **Marion County** | | |
| Belleview City Hall<br>5343 SE Abshier Blvd | January 14, 2008<br>to<br>January 26, 2008 | Monday-Saturday,<br>Hours: 8:30am-4:30pm |
| Dunnellon City Hall<br>20750 River Dr | January 14, 2008<br>to<br>January 26, 2008 | Monday-Saturday,<br>8:30am-4:30pm |
| Freedom Public Library<br>5870 SW 95TH St | January 14, 2008<br>to<br>January 26, 2008 | Monday-Friday, 10am-6pm<br>Saturday 9am-5pm |

## Early Voting Sites by County
### Presidential Preference Primary - January 29, 2008

| Location(s) | Dates | Times |
|---|---|---|
| Forest Public Library<br>777 S CR 314A | January 14, 2008<br>to<br>January 26, 2008 | Monday –Friday, 10am-6pm<br>Sunday 9am-5pm |
| Reddick Public Library<br>15150 NW Gainesville Rd | January 14, 2008<br>to<br>January 26, 2008 | Monday-Friday, 10am-6pm<br>Saturday 9am-5pm |
| Supervisor of Elections Office<br>402 SE 25th Ave<br>Ocala, Fl 34471 | January 14, 2008<br>to<br>January 26, 2008 | Monday-Saturday<br>8:30am-4:30pm |
| **Martin County** | | |
| The Elections Center<br>135 SE M L King, Jr. Blvd.<br>Stuart, FL 34994 | January 14, 2008 to<br>January 26, 2008 | Monday through Saturday<br>8:30 until 4:30 |
| **Miami-Dade County** | | |
| North Dade Regional Library<br>2455 NW 183rd St | January 14 to<br>January 27, 2008 | JANUARY 14 - 18, 2008, 7:00 a.m. –  3:00 p.m.;<br>JANUARY 21-25, 2008, 11:00 a.m. – 7:00 p.m.;<br>Saturdays 9:00 a.m. – 1:00p.m.;<br>Sundays 1:00 p.m. – 5:00 p.m.; |
| Elections Department<br>2700 NW 87th Ave | January 14 to<br>January 27, 2008 | JANUARY 14 - 18, 2008, 7:00 a.m. –  3:00 p.m.;<br>JANUARY 21-25, 2008, 11:00 a.m. – 7:00 p.m.;<br>Saturdays 9:00 a.m. – 1:00p.m.;<br>Sundays 1:00 p.m. – 5:00 p.m.; |
| West Dade Regional Library<br>9445 SW 24th St | January 14 to<br>January 27, 2008 | JANUARY 14 - 18, 2008, 7:00 a.m. –  3:00 p.m.;<br>JANUARY 21-25, 2008, 11:00 a.m. – 7:00 p.m.;<br>Saturdays 9:00 a.m. – 1:00p.m.;<br>Sundays 1:00 p.m. – 5:00 p.m.; |
| Lemon City Library<br>430 NE 61st St | January 14 to<br>January 27, 2008 | JANUARY 14 - 18, 2008, 7:00 a.m. –  3:00 p.m.;<br>JANUARY 21-25, 2008, 11:00 a.m. – 7:00 p.m.;<br>Saturdays 9:00 a.m. – 1:00p.m.;<br>Sundays 1:00 p.m. – 5:00 p.m.; |
| Miami  City Hall<br>3500 Pan American Dr | January 14 to<br>January 27, 2008 | JANUARY 14 - 18, 2008, 7:00 a.m. –  3:00 p.m.;<br>JANUARY 21-25, 2008, 11:00 a.m. – 7:00 p.m.;<br>Saturdays 9:00 a.m. – 1:00p.m.;<br>Sundays 1:00 p.m. – 5:00 p.m.; |
| Model City Library (Caleb Center)<br>2211 NW 54th  St | January 14 to<br>January 27, 2008 | JANUARY 14 - 18, 2008, 7:00 a.m. –  3:00 p.m.;<br>JANUARY 21-25, 2008, 11:00 a.m. – 7:00 p.m.;<br>Saturdays 9:00 a.m. – 1:00p.m.;<br>Sundays 1:00 p.m. – 5:00 p.m.; |
| West Miami City Hall<br>901 SW 62nd  Ave | January 14 to<br>January 27, 2008 | JANUARY 14 - 18, 2008, 7:00 a.m. –  3:00 p.m.;<br>JANUARY 21-25, 2008, 11:00 a.m. – 7:00 p.m.;<br>Saturdays 9:00 a.m. – 1:00p.m.;<br>Sundays 1:00 p.m. – 5:00 p.m.; |
| Florida City City Hall<br>404 W Palm Dr | January 14 to<br>January 27, 2008 | JANUARY 14 - 18, 2008, 7:00 a.m. –  3:00 p.m.;<br>JANUARY 21-25, 2008, 11:00 a.m. – 7:00 p.m.;<br>Saturdays 9:00 a.m. – 1:00p.m.;<br>Sundays 1:00 p.m. – 5:00 p.m.; |
| North Shore Branch Library<br>7501 Collins Ave | January 14 to<br>January 27, 2008 | JANUARY 14 - 18, 2008, 7:00 a.m. –  3:00 p.m.;<br>JANUARY 21-25, 2008, 11:00 a.m. – 7:00 p.m.;<br>Saturdays 9:00 a.m. – 1:00p.m.;<br>Sundays 1:00 p.m. – 5:00 p.m.; |

## Early Voting Sites by County
### Presidential Preference Primary - January 29, 2008

| Location(s) | Dates | Times |
|---|---|---|
| Coral Gables Library<br>3443 Segovia St | January 14 to January 27, 2008 | JANUARY 14 - 18, 2008, 7:00 a.m. – 3:00 p.m.;<br>JANUARY 21-25, 2008, 11:00 a.m. – 7:00 p.m.;<br>Saturdays 9:00 a.m. – 1:00p.m.;<br>Sundays 1:00 p.m. – 5:00 p.m.; |
| Miami Lakes Public Library<br>6699 Windmill Gate Rd | January 14 to January 27, 2008 | JANUARY 14 - 18, 2008, 7:00 a.m. – 3:00 p.m.;<br>JANUARY 21-25, 2008, 11:00 a.m. – 7:00 p.m.;<br>Saturdays 9:00 a.m. – 1:00p.m.;<br>Sundays 1:00 p.m. – 5:00 p.m.; |
| West Kendall Regional Library<br>10201 Hammocks Blvd | January 14 to January 27, 2008 | JANUARY 14 - 18, 2008, 7:00 a.m. – 3:00 p.m.;<br>JANUARY 21-25, 2008, 11:00 a.m. – 7:00 p.m.;<br>Saturdays 9:00 a.m. – 1:00p.m.;<br>Sundays 1:00 p.m. – 5:00 p.m.; |
| Aventura City Hall<br>19200 W Country Club Dr | January 14 to January 27, 2008 | JANUARY 14 - 18, 2008, 7:00 a.m. – 3:00 p.m.;<br>JANUARY 21-25, 2008, 11:00 a.m. – 7:00 p.m.;<br>Saturdays 9:00 a.m. – 1:00p.m.;<br>Sundays 1:00 p.m. – 5:00 p.m.; |
| Coral Reef Library<br>9211 SW 152nd St | January 14 to January 27, 2008 | JANUARY 14 - 18, 2008, 7:00 a.m. – 3:00 p.m.;<br>JANUARY 21-25, 2008, 11:00 a.m. – 7:00 p.m.;<br>Saturdays 9:00 a.m. – 1:00p.m.;<br>Sundays 1:00 p.m. – 5:00 p.m.; |
| Miami Beach Regional Library<br>227 22nd St, Miami Beach | January 14 to January 27, 2008 | JANUARY 14 - 18, 2008, 7:00 a.m. – 3:00 p.m.;<br>JANUARY 21-25, 2008, 11:00 a.m. – 7:00 p.m.;<br>Saturdays 9:00 a.m. – 1:00p.m.;<br>Sundays 1:00 p.m. – 5:00 p.m.; |
| John F Kennedy Library<br>190 W 49th St | January 14 to January 27, 2008 | JANUARY 14 - 18, 2008, 7:00 a.m. – 3:00 p.m.;<br>JANUARY 21-25, 2008, 11:00 a.m. – 7:00 p.m.;<br>Saturdays 9:00 a.m. – 1:00p.m.;<br>Sundays 1:00 p.m. – 5:00 p.m.; |
| Kendall Branch Library<br>9101 SW 97th Ave | January 14 to January 27, 2008 | JANUARY 14 - 18, 2008, 7:00 a.m. – 3:00 p.m.;<br>JANUARY 21-25, 2008, 11:00 a.m. – 7:00 p.m.;<br>Saturdays 9:00 a.m. – 1:00p.m.;<br>Sundays 1:00 p.m. – 5:00 p.m.; |
| North Miami Public Library<br>835 NE 132nd St | January 14 to January 27, 2008 | JANUARY 14 - 18, 2008, 7:00 a.m. – 3:00 p.m.;<br>JANUARY 21-25, 2008, 11:00 a.m. – 7:00 p.m.;<br>Saturdays 9:00 a.m. – 1:00p.m.;<br>Sundays 1:00 p.m. – 5:00 p.m.; |
| Elections Department<br>111 NW 1st St | January 14 to January 27, 2008 | JANUARY 14 - 18, 2008, 7:00 a.m. – 3:00 p.m.;<br>JANUARY 21-25, 2008, 11:00 a.m. – 7:00 p.m.;<br>Saturdays 9:00 a.m. – 1:00p.m.;<br>Sundays 1:00 p.m. – 5:00 p.m.; |
| South Dade Regional Library<br>10750 SW 211th St | January 14 to January 27, 2008 | JANUARY 14 - 18, 2008, 7:00 a.m. – 3:00 p.m.;<br>JANUARY 21-25, 2008, 11:00 a.m. – 7:00 p.m.;<br>Saturdays 9:00 a.m. – 1:00p.m.;<br>Sundays 1:00 p.m. – 5:00 p.m.; |
| **Nassau County** | | |
| Fernandina Beach City Hall<br>204 Ash Street<br>Fernandina Beach, Florida | January 14, 2008 to January 26, 2008 | Monday - Saturday<br>9:00 a.m. - 5:00 p.m. |

| Early Voting Sites by County | | |
|---|---|---|
| **Presidential Preference Primary - January 29, 2008** | | |
| Location(s) | Dates | Times |
| Callahan Town Hall<br>542300 US Highway 1<br>Callahan, Florida | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>9:00 a.m. - 5:00 p.m. |
| James S. Page Governmental Complex<br>Supervisor of Elections Office<br>Conference Room A<br>96135 Nassau Place<br>Yulee, Florida | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>9:00 a.m. - 5:00 p.m. |
| Hilliard Branch Library<br>15821 County Road 108<br>Hilliard, Florida | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>9:00 a.m. - 5:00 p.m. |
| **Okaloosa County** | | |
| Supervisor of Elections Office<br>302 Wilson St N, Ste 102<br>Crestview FL 32536-3440 | January 14, 2008<br>to<br>January 26, 2008 | Monday thru Saturday<br>8:30 a.m. to 4:30 p.m. |
| Northwest Florida Fair Grounds<br>1958 Lewis Turner Blvd.<br>Fort Walton Beach FL 32547 | January 14, 2008<br>to<br>January 26, 2008 | Monday thru Saturday<br>8:30 a.m. to 4:30 p.m. |
| **Okeechobee County** | | |
| 304 NW 2nd Street, Room 100 | January 14-19, 2008<br>January 21-26, 2008 | 8:30 am – 4:30 pm<br>Monday - Saturday |
| **Orange County** | | |
| Orlando Public Library (Downtown)<br>101 E. Central Blvd.<br>Orlando, FL 32801<br>Entrance on Central Blvd. | January 14, 2008 to<br>January 27, 2008 | Monday – Friday   10am – 6pm<br>Saturdays      10am – 3pm<br>Sundays        1pm – 4pm |
| Alafaya Branch Library<br>12000 East Colonial Drive<br>Orlando, FL 32826<br>East of Alafaya Trail | January 14, 2008 to<br>January 27, 2008 | Monday – Friday   10am – 6pm<br>Saturdays      10am – 3pm<br>Sundays        1pm – 4pm |
| North Orange Branch Library<br>1211 E. Semoran Blvd.<br>Apopka, FL 32703<br>Corner of SR 436 and Thompson Rd. | January 14, 2008 to<br>January 27, 2008 | Monday – Friday   10am – 6pm<br>Saturdays      10am – 3pm<br>Sundays        1pm – 4pm |
| South Creek Branch Library<br>1702 Deerfield Blvd.<br>Orlando, FL 32837<br>East of South Orange Blossom Trail | January 14, 2008 to<br>January 27, 2008 | Monday – Friday   10am – 6pm<br>Saturdays      10am – 3pm<br>Sundays        1pm – 4pm |
| Southeast Branch Library<br>5575 S. Semoran Blvd.<br>Orlando, FL 32822<br>Corner of SR. 436 and Hoffner | January 14, 2008 to<br>January 27, 2008 | Monday – Friday   10am – 6pm<br>Saturdays      10am – 3pm<br>Sundays        1pm – 4pm |
| Southwest Branch Library<br>7255 Della Drive<br>Orlando, FL 32819<br>East of Dr. Phillips Blvd. Off Sand Lake Road | January 14, 2008 to<br>January 27, 2008 | Monday – Friday   10am – 6pm<br>Saturdays      10am – 3pm<br>Sundays        1pm – 4pm |

## Early Voting Sites by County
### Presidential Preference Primary - January 29, 2008

| Location(s) | Dates | Times |
|---|---|---|
| Washington Park Branch Library<br>5151 Raleigh Street, Suite A<br>Orlando, FL 32811<br>In the Lila Mitchell Community Center | January 14, 2008 to<br>January 27, 2008 | Monday – Friday   10am – 6pm<br>Saturdays       10am – 3pm<br>Sundays         1pm – 4pm |
| West Oaks Branch Library<br>1821 E. Silver Star Road<br>Ocoee, FL 34761<br>East of Clarke Road | January 14, 2008 to<br>January 27, 2008 | Monday – Friday   10am – 6pm<br>Saturdays       10am – 3pm<br>Sundays         1pm – 4pm |
| Winter Park Library<br>460 East New England Ave.<br>Winter Park, FL 32789<br>Across from Rollins College | January 14, 2008 to<br>January 27, 2008 | Monday – Friday   10am – 6pm<br>Saturdays       10am – 3pm<br>Sundays         1pm – 4pm |
| Supervisor of Elections Office<br>119 W. Kaley Street<br>Orlando, FL 32806<br>Between Orange Ave. and I-4. | January 14, 2008 to<br>January 27, 2008 | Monday – Friday   10am – 6pm<br>Saturdays       10am – 3pm<br>Sundays         1pm – 4pm |
| **Osceola County** | | |
| Supervisor of Elections Office<br>2509 E. Irlo Bronson Mem. Hwy<br>Kissimmee, Florida 34744 | January 14, 2008 to<br>January 26, 2008 | Monday - Friday<br>10:00 a.m. - 6:00 p.m.<br>Saturday 9:00 a.m. - 5:00 p.m. |
| Hart Memorial Central Library<br>211 E. Dankin Ave.<br>Kissimmee, Florida 34741 | January 14, 2008 to<br>January 26, 2008 | Monday - Friday<br>10:00 a.m. - 6:00 p.m.<br>Saturday 9:00 a.m. - 5:00 p.m. |
| Buenaventurea Lakes Branch Library<br>405 Buenaventura Lakes Blvd.<br>Kissimmee, Florida 34744 | January 14, 2008 to<br>January 26, 2008 | Monday - Friday<br>10:00 a.m. - 6:00 p.m.<br>Saturday 9:00 a.m. - 5:00 p.m. |
| Poinciana Branch Library<br>101 N. Doverplum Ave.<br>Kissimmee, Florida 34758 | January 14, 2008 to<br>January 26, 2008 | Monday - Friday<br>10:00 a.m. - 6:00 p.m.<br>Saturday 9:00 a.m. - 5:00 p.m. |
| Veterans Memorial Library<br>St. Cloud Branch<br>810 13th St.<br>St. Cloud 34769 | January 14, 2008 to<br>January 26, 2008 | Monday - Friday<br>10:00 a.m. - 6:00 p.m.<br>Saturday 9:00 a.m. - 5:00 p.m. |
| **Palm Beach County** | | |
| JUPITER BRANCH LIBRARY<br>705 MILITARY TRAIL, JUPITER 334589 | JANUARY 14, 2008<br>to<br>JANUARY 27, 2008 | Monday – Friday   10am – 6pm<br>Saturdays       10am – 2pm<br>Sundays         10am – 2pm |
| SUPERVISOR OF ELECTIONS NORTH<br>COUNTY OFFICE<br>3188 PGA BLVD, ROOM 2401,<br>PALM BEACH GARDENS 33410 | JANUARY 14, 2008<br>to<br>JANUARY 27, 2008 | Monday – Friday   10am – 6pm<br>Saturdays       10am – 2pm<br>Sundays         10am – 2pm |
| BELLE GLADE CITY HALL<br>110 DR. MARTIN LUTHER KING, JR. BLVD.,<br>WEST | JANUARY 14, 2008<br>to<br>JANUARY 27, 2008 | Monday – Friday   10am – 6pm<br>Saturdays       10am – 2pm<br>Sundays         10am – 2pm |
| OKEECHOBEE BRANCH LIBRARY<br>5689 OKEECHOBEE BLVD,<br>WEST PALM BEACH | JANUARY 14, 2008<br>to<br>JANUARY 27, 2008 | Monday – Friday   10am – 6pm<br>Saturdays       10am – 2pm<br>Sundays         10am – 2pm |

## Early Voting Sites by County
### Presidential Preference Primary - January 29, 2008

| Location(s) | Dates | Times |
|---|---|---|
| SUPERVISOR OF ELECTIONS MAIN OFFICE 240 S MILITARY TRAIL, WEST PALM BEACH | JANUARY 14, 2008 to JANUARY 27, 2008 | Monday – Friday   10am – 6pm<br>Saturdays          10am – 2pm<br>Sundays            10am – 2pm |
| MAIN LIBRARY 3650 SUMMIT BLVD, WEST PALM BEACH | JANUARY 14, 2008 to JANUARY 27, 2008 | Monday – Friday   10am – 6pm<br>Saturdays          10am – 2pm<br>Sundays            10am – 2pm |
| VILLAGE OF WELLINGTON VILLAGE HALL 14000 GREENBRIAR BLVD, WELLINGTON | JANUARY 14, 2008 to JANUARY 27, 2008 | Monday – Friday   10am – 6pm<br>Saturdays          10am – 2pm<br>Sundays            10am – 2pm |
| WEST BOYNTON BRANCH LIBRARY 9451 JOG ROAD, BOYNTON BEACH | JANUARY 14, 2008 to JANUARY 27, 2008 | Monday – Friday   10am – 6pm<br>Saturdays          10am – 2pm<br>Sundays            10am – 2pm |
| WEST ATLANTIC BRANCH LIBRARY 7777 WEST ATLANTIC AVENUE, DELRAY BEACH | JANUARY 14, 2008 to JANUARY 27, 2008 | Monday – Friday   10am – 6pm<br>Saturdays          10am – 2pm<br>Sundays            10am – 2pm |
| SUPERVISOR OF ELECTIONS SOUTH COUNTY OFFICE 345 S CONGRESS AVENUE, DELRAY BEACH | JANUARY 14, 2008 to JANUARY 27, 2008 | Monday – Friday   10am – 6pm<br>Saturdays          10am – 2pm<br>Sundays            10am – 2pm |
| SOUTHWEST COUNTY REGIONAL LIBRARY 20701 95TH AVENUE SOUTH, BOCA RATON | JANUARY 14, 2008 to JANUARY 27, 2008 | Monday – Friday   10am – 6pm<br>Saturdays          10am – 2pm<br>Sundays            10am – 2pm |
| BOCA RATON CITY HALL 201 WEST PALMETTO PARK ROAD, BOCA RATON | JANUARY 14, 2008 to JANUARY 27, 2008 | Monday – Friday   10am – 6pm<br>Saturdays          10am – 2pm<br>Sundays            10am – 2pm |
| **Pasco County** | | |
| East Pasco Government Center 14236 6th Street Dade City, FL  33523 | January 14, 2008 to January 26, 2008 | Monday - Friday<br>(10:00 a.m. - 6:00 p.m.)<br>Saturday (9:00 a.m. - 5:00 p.m.) |
| Supervisor of Elections Office David "Hap" Clark Professional Center 4111 Land O'Lakes Blvd. Land O'Lakes, FL  34639 | January 14, 2008 to January 26, 2008 | Monday - Friday<br>(10:00 a.m. - 6:00 p.m.)<br>Saturday (9:00 a.m. - 5:00 p.m.) |
| Hudson Regional Library 8012 Library Road Hudson, FL  34667 | January 14, 2008 to January 26, 2008 | Monday - Friday<br>(10:00 a.m. - 6:00 p.m.)<br>Saturday (9:00 a.m. - 5:00 p.m.) |
| New River Branch Library 34043 State Road 54 Zephyrhills, FL  33543 | January 14, 2008 to January 26, 2008 | Monday - Friday<br>(10:00 a.m. - 6:00 p.m.)<br>Saturday (9:00 a.m. - 5:00 p.m.) |
| Supervisor of Elections Office West Pasco Governmnet Center 7530 Little Road, Suite 100 New Port Richey, FL  34654 | January 14, 2008 to January 26, 2008 | Monday - Friday<br>(10:00 a.m. - 6:00 p.m.)<br>Saturday (9:00 a.m. - 5:00 p.m.) |
| Supervisor of Elections Office Village Market of Wesley Chapel 5325 Village Market Wesley Chapel, FL  33543 | January 14, 2008 to January 26, 2008 | Monday - Friday<br>(10:00 a.m. - 6:00 p.m.)<br>Saturday (9:00 a.m. - 5:00 p.m.) |

## Early Voting Sites by County

### Presidential Preference Primary - January 29, 2008

| Location(s) | Dates | Times |
|---|---|---|
| South Holiday Branch Library<br>4649 Mile Stretch Drive<br>Holiday, FL 34690 | January 14, 2008 to<br>January 26, 2008 | Monday - Friday<br>(10:00 a.m. - 6:00 p.m.)<br>Saturday (9:00 a.m. - 5:00 p.m.) |
| **Pinellas County** | | |
| Election Service Center<br>13001 Starkey Rd.<br>Largo, FL 33773 | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>8:00 a.m. - 4:00 p.m. |
| County Courthouse<br>315 Court Street, Room 117<br>Clearwater FL 33756 | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>8:00 a.m. - 4:00 p.m. |
| County Building<br>501 First Avenue. North,<br>St. Petersburg FL 33701 | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>8:00 a.m. - 4:00 p.m. |
| **Polk County** | | |
| Bartow City Hall<br>Commission Chamber<br>450 North Wilson Ave, Bartow | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>9:00 a.m. - 5:00 p.m. |
| Elections Office<br>Lakeland Branch Courthouse<br>930 E Parker Street, Lakeland | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>9:00 a.m. - 5:00 p.m. |
| Elections Office<br>Winter Haven Branch Courthouse<br>3425 Lake Alfred Road, Winter Haven | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>9:00 a.m. - 5:00 p.m. |
| **Putnam County** | | |
| Supervisor of Elections Office<br>107 N. 6th Street<br>Palatka, FL 32177 | January 14, 2008<br>to<br>January 26, 2008 | Monday-Saturday<br>8:30am-4:30pm |
| **Santa Rosa County** | | |
| Supervisor of Elections Office<br>Santa Rosa County<br>Administrative Complex<br>6495 Caroline Street, Suite F<br>Milton, Florida 32570 | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>8:30 a.m. - 4:30 p.m. |
| South Service Center<br>5841 Gulf Breeze Parkway<br>Gulf Breeze, Florida 32563 | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>8:30 a.m. - 4:30 p.m. |
| **Sarasota County** | | |
| Terrace Building<br>101 S. Washington Blvd.<br>Sarasota, FL 34236-8600<br>(941) 861-8600 | January 14, 2008 –<br>January 27, 2008 | 8:30 a.m. – 4:30 p.m.<br>Monday – Friday<br>9:00 a.m. – 1 p.m. Saturdays<br>1:00 p.m. – 5 p.m. Sundays |
| Robert L. Anderson Administration Center<br>4000 Tamiami Trail South<br>Venice, FL 34293-5029\<br>(941) 861-3760 | January 14, 2008 –<br>January 27, 2008 | 8:30 a.m. – 4:30 p.m.<br>Monday – Friday<br>9:00 a.m. – 1 p.m. Saturdays<br>1:00 p.m. – 5 p.m. Sundays |

## Early Voting Sites by County
### Presidential Preference Primary - January 29, 2008

| Location(s) | Dates | Times |
|---|---|---|
| Biscayne Plaza<br>13640 Tamiami Trail<br>North Port, FL 34287-2055<br>(941) 423-9540 | January 14, 2008 –<br>January 27, 2008 | 8:30 a.m. – 4:30 p.m.<br>Monday – Friday<br>9:00 a.m. – 1 p.m. Saturdays<br>1:00 p.m. – 5 p.m. Sundays |
| **Seminole County** | | |
| Northwest Branch Library<br>580 Greenway Boulevard<br>Lake Mary, Florida 32746<br>407-665-1640 | January 14, 2008 –<br>January 27, 2008 | Monday - Friday<br>10:00 a.m. - 6:00 p.m.<br>Saturday and Sunday<br>12:00 p.m. - 4:00 p.m. |
| West Branch Library<br>245 N. Hunt Club Boulevard<br>Longwood, Florida 32779<br>407-665-1670 | January 14, 2008 –<br>January 27, 2008 | Monday - Friday<br>10:00 a.m. - 6:00 p.m.<br>Saturday and Sunday<br>12:00 p.m. - 4:00 p.m. |
| Jean Rhein Central Branch Library<br>215 N. Oxford Road<br>Casselberry, Florida 32707<br>407-665-1500 | January 14, 2008 –<br>January 27, 2008 | Monday - Friday<br>10:00 a.m. - 6:00 p.m.<br>Saturday and Sunday<br>12:00 p.m. - 4:00 p.m. |
| East Branch Library<br>310 Division Street<br>Oviedo, Florida 32765<br>407-665-1560 | January 14, 2008 –<br>January 27, 2008 | Monday - Friday<br>10:00 a.m. - 6:00 p.m.<br>Saturday and Sunday<br>12:00 p.m. - 4:00 p.m. |
| **St. Johns County** | | |
| Supervisor of Elections' Office<br>4455 Avenue A #101<br>St. Augustine, FL | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>(8:30 am - 4:30 pm) |
| Julington Creek Courthouse Annex<br>Conference Room<br>725 Flora Branch Boulevard<br>Saint Johns, FL | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>(8:30 am - 4:30 pm) |
| Ponte Vedra Branch Library<br>101 Library Boulevard<br>Ponte Vedra Beach, FL | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>(8:30 am - 4:30 pm) |
| Southeast Branch Library<br>6670 US 1 South<br>St. Augustine, FL | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>(8:30 am - 4:30 pm) |
| St. Augustine Beach City Hall<br>2200 A1A South<br>St. Augustine, FL | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>(8:30 am - 4:30 pm) |
| Hastings Town Hall<br>6195 South Main Street<br>Hastings, FL | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>(8:30 am - 4:30 pm) |
| **St. Lucie County** | | |
| Supervisor of Elections Office<br>4132 Okeechobee Road<br>Fort Pierce, FL 34947 | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>9:00 a.m. - 5:00 p.m. |
| Morningside Library<br>2140 SE Morningside Blvd<br>Port St. Lucie, FL 34952 | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>9:00 a.m. - 5:00 p.m. |

## Early Voting Sites by County
### Presidential Preference Primary - January 29, 2008

| Location(s) | Dates | Times |
|---|---|---|
| Port St. Lucie City Hall Complex<br>2195 SE Airoso Blvd.<br>Port St. Lucie, FL 34984 | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>9:00 a.m. - 5:00 p.m. |
| **Sumter County** | | |
| Supervisor of Elections Office<br>900 North main Street<br>Bushell, FL 33513 | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>9:00 a.m. - 5:00 p.m. |
| Supervisor of Elections Office<br>362 Shopping Center Drive<br>Wildwood, FL 34785 | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>9:00 a.m. - 5:00 p.m. |
| Supervisor of Elections Office<br>Villages Gov. Annex Bldg<br>8033 E. C-466, Suite B<br>The Villages, FL 33162 | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>9:00 a.m. - 5:00 p.m. |
| The Villages Library<br>325 Belvedere Blvd.<br>The Villages, FL 32162 | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>9:00 a.m. - 5:00 p.m. |
| **Suwannee County** | | |
| Suwannee County Supervisor of Elections<br>Office<br>220 Pine Ave., S.W.<br>Live Oak, FL 32064 | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>8:30 a.m. - 4:30 p.m. |
| Branford Library<br>703 Suwannee Ave., N.W.<br>Branford, FL 32008 | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>8:30 a.m. - 4:30 p.m. |
| **Taylor County** | | |
| 108 N Jefferson St<br>2nd Floor County Courthouse<br>Perry, Florida | January 14, 2008<br>to<br>January 26, 2008 | Monday through Saturday<br>8:00 am - 5:00 pm |
| **Union County** | | |
| Union County<br>Supervisor of Elections Office<br>55 West Main Street, Room 106<br>Lake Butler, Florida 32054 | January 14, 2008<br>to<br>January 26, 2008 | Monday - Saturday<br>8:00 a.m. - 5:00 p.m. |
| **Volusia County** | | |
| Department of Elections<br>Historic Courthouse<br>125 W. New York Av., Deland, FL | January 14, 2008<br>to<br>January 26, 2008 | Monday through Saturday<br>8:00 am - 4:00 pm |
| Deltona Regional Library<br>2150 Eustace Avenue<br>Deltona, FL | January 14, 2008<br>to<br>January 26, 2008 | Monday through Saturday<br>8:00 am - 4:00 pm |
| Daytona Beach Regional Library<br>105 E. Magnolia<br>Daytona Beach, FL | January 14, 2008<br>to<br>January 26, 2008 | Monday through Saturday<br>8:00 am - 4:00 pm |
| New Smyrna Beach Regional Library<br>1001 S. Dixie Freeway<br>New Smyrna Beach, FL | January 14, 2008<br>to<br>January 26, 2008 | Monday through Saturday<br>8:00 am - 4:00 pm |
| **Wakulla County** | | |

## Early Voting Sites by County

### Presidential Preference Primary - January 29, 2008

| Location(s) | Dates | Times |
|---|---|---|
| SOE Office<br>3115B Crawfordville Highway<br>Crawfordville, Florida | January 14, 2008 to<br>January 26, 2008 | Monday – Saturday<br>9 am – 5 pm |
| **Walton County** | | |
| Walton County Courthouse<br>571 US Hwy 90 East<br>DeFuniak Springs, FL 32433 | January 14, 2008<br>to<br>January 26, 2008 | Monday through Saturday<br>8:30 am - 4:30 pm |
| South Walton Co Courthouse Annex<br>31 Coastal Centre Blvd, Suite 300<br>Santa Rosa Beach, FL 32459 | January 14, 2008<br>to<br>January 26, 2008 | Monday through Saturday<br>8:30 am - 4:30 pm |
| **Washington County** | | |
| Supervisor of Elections Office<br>1331 South Blvd, Suite 900<br>Chipley, Fl | January 14, 2008 to<br>January 26, 2008 | Monday – Saturday<br>8 am – 4 pm |

## 2006 GENERAL ELECTION EARLY VOTING SITES
Early Voting Dates:  October 23, 2006 thru November 5, 2006
### *Check your individual county for dates and times*

ALACHUA

Supervisor of Elections Office
County Administration Building
12 SE 1ST Street
Gainesville, Fl

Millhopper Branch Library
3145 NW 43rd Street
Gainesville, Fl

Tower Road Branch Library
3020 SW 75th Street
Gainesville, Fl

Monday – Friday: 9am – 5pm
Saturday, Oct. 28th:  9am – 1pm
Sunday, Oct. 29th:  1pm – 5pm
Saturday, Nov. 4th:  9am - 5pm
Sunday, Nov. 5th:  No Early Voting

BAKER

Supervisor of Elections Office
32 N 5th Street, Suite A
Macclenny, Fl 32063

Monday – Saturday 9am – 5pm

BAY

Bay County Election Center
205 Mosley Dr.
Lynn Haven, FL  32444

Panama City Beach City Hall
110 S. Arnold Rd.
Panama City Beach, FL 32407

Parker City Hall
935 W. Park St.
Panama City, FL  32404

Sites will be open from 9am to 5pm

BRADFORD

Bradford County Office
945 N Temple Ave.
Starke, Fl

Monday – Saturday 8:30am – 4:30pm

BREVARD

*Supervisor of Elections Office Locations*

400 South Street, 1st Floor, Titusville
2575 North Courtenay Parkway, Merritt
Island
2725 Judge Fran Jamieson Way, Bldg.
C, Viera
1515 Sarno Road, Melbourne
2050 Eldron Boulevard SE, Palm Bay

Early voting will be conducted from 8
AM to 4 PM, Monday through Saturday,
during the early voting period.

BROWARD

African-American Research Library
2650 Sistrunk Blvd. (NW 6th St.)
Ft. Lauderdale, FL  33311-8658

Davie/Cooper City Branch Library
4600 SW 82nd Avenue
Davie, FL  33328-3708

North Regional Library/BCC
1100 Coconut Creek Boulevard
Coconut Creek, FL  33066-1647

Northwest Regional Library
3151 University Drive
Coral Springs, FL  33065-6134

Deerfield Beach, North Regional
Satellite Courthouse
1600 W. Hillsboro Blvd., Rm. 170
Deerfield Beach, FL  33442-1655

Deerfield Beach, Percy White Branch
837 E. Hillsboro Boulevard
Deerfield Beach, FL  33441-3521

Hallandale Beach City Hall
400 S. Federal Highway
Hallandale Beach, FL  33009-6433

Hollywood Branch Library
2600 Hollywood Blvd.
Hollywood, FL  33020-4807

Hollywood Satellite Courthouse
3550 Hollywood Blvd., Rm. 180
Hollywood, FL  33021-6893

Imperial Point Branch Library
5985 N. Federal Highway
Ft. Lauderdale, FL  33308-2660

Lauderhill Mall
1241 NW 40th Ave., Bay 80-K
Lauderhill, FL  33313-5894

Main Library
100 S. Andrews Avenue
Ft. Lauderdale, FL  33301-1830

Oakland Park Library
1298 NE 37th Street
Oakland Park, FL  33334-4569

Parkland City Hall
6600 University Drive
Parkland, FL  33067-2500

Pembroke Pines City Hall
10100 Pines Boulevard
Pembroke Pines, FL  33324-6037

Plantation West Regional Courthouse
100 N. Pine Island Rd., Rm. 130
Plantation, FL  33324-7805

Pompano Beach Library
1213 E. Atlantic Boulevard
Pompano Beach, FL  33060-7405

Southwest Regional Library
16835 Sheridan Street
Pembroke Pines, FL  33331-2008

Tamarac Branch Library
8701 W. Commercial Boulevard
Tamarac, FL  33321-4310

Weston Branch Library
4205 Bonaventure Boulevard
Weston, FL  33332-2111

Monday - Friday  10AM - 6PM
Saturday            10AM - 3PM
Sunday               1PM - 4PM

## CALHOUN

Calhoun County Supervisor of Elections
Office
20859 Central Avenue East, Room G-10
Blountstown, Fl

Monday – Saturday 8am – 4pm

## CHARLOTTE

Elections Main Office
410 Taylor St.
Punta Gorda, Fl 33950

Punta Gorda Library
424 W. Hendry St.
Punta Gorda, Fl 33950

Murdock Elections Branch Office
18500 Murdock Circle
Port Charlotte, Fl 33948

Mid-County Regional Library
2050 Forrest Nelson Blvd.
Port Charlotte, Fl 33952

San Casa Elections Branch Office
6868 San Casa
Englewood, Fl 33952

Englewood/Charlotte Public Library
3450 N. Access Road
Englewood, Fl 34224

October 23 thru November 4
Excluding Sat., October 28
9am – 5pm

## CITRUS

Central Ridge Library
425 W. Roosevelt Blvd.
Beverly Hills, FL 34465
Hours: 8:30 a.m. - 4:30 p.m.

Inverness City Hall
212 W Main Street
Inverness, FL 34450
Hours: 8:30 a.m. - 4:30 p.m.

Crystal River City Hall
123 N.W. Hwy. 19
Crystal River, FL 34428
Hours: 8:30 a.m. - 4:30 p.m.

Supervisor of Elections
Inverness Office
120 N Apopka Ave.
Inverness, FL 34450
Hours: 9:00 a.m. - 5:00 p.m.

Supervisor of Elections
Crystal River Office
801 S.E. Highway 19
Crystal River, FL 34429
Hours: 9:00 a.m. - 5:00 p.m.

## CLAY

Clay County Supervisor of Elections
*(Main Office)*
1417-1  S. Orange Ave.
Green Cove Springs, Fl 32043

Clay County Tax Collector/Clay County
Supervisor of Elections
*(Park Ave. Branch Office)*
1518 Park Ave.
Orange Park, Fl 32073

Clay County Tax Collector/Clay County
Supervisor of Elections
*(Bear Run Branch Office)*
3245 Bear Run Blvd.
Middleburg, Fl 32068

Clay County Tax Collector/Clay County
Supervisor of Elections
*(Keystone Heights Branch Office)*
275 South Lawrence Blvd.
Keystone Heights, Fl 32656

Clay County Public Library
*(Fleming Island Branch Office)*
1895 Town Center Blvd.
Orange Park, Fl 32003

## COLLIER

Supervisor of Elections Office
3301 Tamiami Trail East
Naples, Fl

Naples City Hall
735 8th Street South
Naples, Fl

Naples Regional Library
650 Central Avenue
Naples, Fl

Library Headquarters
2385 Orange Blossom Drive
Naples, Fl

Golden Gate Library
4898 Coranado Parkway
Naples, Fl

Marco Island Library
210 South Heathwood Drive
Marco Island, Fl

Immokalee Library
417 North First Street
Immokalee, Fl

Everglades City Hall
206 South Copeland Avenue
Everglades City, Fl

Monday – Saturday
10:30am – 6:30pm

## COLUMBIA

Supervisor of Elections Main Office
971 W Duval Street, Suite 102
Lake City, Florida

Supervisor of Elections Ft White Branch
509 SW Dortch Street
Ft White, Florida

Monday – Saturday
8:30 a.m. – 4:30 p.m.

## DESOTO

Supervisor of Elections Office
201 E Oak St, Suite 104
Arcadia, Fl

Monday – Friday: 9:00am-5:00pm
Saturday: 8:00 am – 4:00 pm

## DIXIE

Supervisor of Elections Office
214 N.E. Hwy. 351, Suite B
Cross City, FL

*Voting Dates Oct. 23rd thru Nov. 4th*
**October 23rd thru November 3rd:**
 Mon.-Friday 9:00am -5:00pm
**Saturday Oct. 28 and Nov. 4:**
8:00am – 4:00 pm

## DUVAL

Argyle Branch Library
7973 Old Middleburg
Jacksonville, Fl

Beaches Branch Library
600 3rd St.
Neptune Beach, Fl

Bradham-Brooks Northwest Regional
Library
1755 Edgewood Avenue West
Jacksonville, Fl

Highlands Regional Library
1826 Dunn Avenue
Jacksonville, Fl

Mandarin Regional Library
3330 Kori Road
Jacksonville, Fl

Murray Hill Branch Library
918 Edgewood Avenue South
Jacksonville, Fl

Pablo Creek Regional Library
13295 Beach Boulevard
Jacksonville, Fl

Regency Square Regional Library
9900 Regency Square Blvd.
Jacksonville, Fl

Southeast Regional Library
10599 Deerwood Park Blvd.
Jacksonville, Fl

South Mandarin Regional Library
12125 San Jose Blvd.
Jacksonville, Fl

University Park Branch Library
3435 University Blvd. North
Jacksonville, Fl

Wesconnett Branch Library
6887 103rd Street
Jacksonville, Fl

West Regional Branch Library
1425 Chaffee Road South
Jacksonville, Fl

Graham Branch Library
2304 North Myrtle Avenue
Jacksonville, Fl

Supervisor of Elections Office
105 East Monroe Street
Jacksonville, Fl

Monday – Friday 10am – 6pm
Saturday & Sunday 1pm – 5pm

ESCAMBIA

Supervisor of Elections Main Office
213 Palafox Place 2nd Floor

Southwest Branch Library
12248 Gulf Beach Hwy

Lucia M. Tryon Branch Library
5740 North 9th Ave.

Monday – Saturday 9am – 5pm

FLAGLER

Flagler County Public Library
2500 Palm Coast Parkway
Palm Coast, Fl

Flagler Beach City Hall
105 S. 2nd Street
Flagler Beach, Fl

Flagler County Elections Office
2729 E. Hwy 100, Bldg. 7
Bunnell, Fl

October 23rd thru November 4th
Mon. thru Sat.: 8:30 a.m. to 4:30 p.m.

FRANKLIN

Supervisor of Elections Office
47 Avenue F
Apalachicola, Fl 32320

Franklin County Courthouse Annex
1647 Hay 98 E
Carrabelle, Fl 32322

Monday – Saturday 8:30 am – 4:30 pm

GADSDEN

Supervisor of Elections Office
16 S. Madison St.
Quincy, Fl

Chattahoochee City Hall
22 Jefferson St.
Chattahoochee, Fl

Havana Public Library
203 East 5th Ave.
Havana, Fl 32333

Monday – Saturday 8:30 am – 4:30pm

GILCHRIST

Supervisor of Elections office
112 S Main St., Rm. 128
Trenton, Fl

Monday-Saturday 9 am – 5 pm

GLADES

Supervisor of Elections Office
500 Ave J
Moore Haven, FL

8:00a.m. - 5:00p.m. Monday - Saturday

GULF

Elections Office
401 Long Avenue
Port St. Joe, Fl

Wewahitchka Branch Library
314 N 2nd Street
Wewahitchka, Fl

Monday – Saturday 9am – 5pm, EST

HAMILTON

Hamilton County Elections Office
1153 US HWY 41, NW, Suite 1
Jasper, Florida 32052

Monday – Friday 9am – 5pm
Saturday 8am – 5pm

HARDEE

Supervisor of Elections Office
315 N. 6th Ave., Suite 110
Wauchula, FL 33873

9am-5pm Monday thru Saturday
October 23 thru November 4

HENDRY

Supervisor of Elections Office
25 E. Hickpochee Ave.
LaBelle, Fl

Clewiston Town Center
931 W. Sugarland Hwy.
Clewiston, Fl

Oct. 23rd thru Nov. 5th
Monday thru Saturday
8:30 am to 5:00 pm

HERNANDO

Supervisor of Elections Office *(Main)*
20 N. Main Street, Room 165
Brooksville, Fl

Supervisor of Elections Office *(Branch)*
7473 Forest Oaks Blvd.
Spring Hill, Fl

Monday – Saturday 8am – 4pm

HIGHLANDS

Highlands County Government Center
600 S. Commerce Ave.
Sebring, FL

Avon Park Public Library
100 N. Museum Ave.
Avon Park, FL

Lake Placid Public Library
47 Park Drive
Lake Placid, FL

Monday – Saturday
8:00 am – 4:00 pm

HILLSBOROUGH

***Supervisor of Elections Offices:***
Hours of Operation: Mon. thru Sat.
9:00 a.m. - 5:00 p.m.

County Center
601 East Kennedy Blvd., 26th Floor
Tampa, FL

Robert L Gilder Elections Service
Center
2514 North Falkenburg Road
Tampa, FL

***Public Libraries:***
Hours of Operation: Mon. thru Sat.
10:00 a.m. - 6:00 p.m.

Austin B. Davis Public Library
17808 Wayne Road

Jimmie B. Keel Regional Library
2902 West Bearss Avenue

Lutz Branch Library
101 Lutz-Lake Fern Road, West

Upper Tampa Bay Regional Public
Library
11211 Countryway Boulevard

West Tampa Branch Library
2312 West Union Street

West Gate Regional Library
7606 Paula Drive

Jan Kaminis Platt Regional Library
3910 South Manhattan Avenue

New Tampa Regional Library
10001 Cross Creek Boulevard

North Tampa Branch Library
8916 North Boulevard

College Hill Branch Library
2607 East Dr. Martin Luther King Jr.
Boulevard

Robert W. Saunders, Sr. Public Library
1505 Nebraska Avenue

Temple Terrace Public Library
202 Bullard Parkway

Thonotosassa Branch Library
10715 Main Street

Bloomingdale Regional Library
1906 Bloomingdale Avenue

Riverview Branch Library
10509 Riverview Drive

78th Street Community Library
7625 Palm River Road

SouthShore Regional Library
15816 Beth Shields Way

***City Hall:***
Hours of Operation: Mon. thru Sat.
9:00 a.m. - 5:00 p.m.

Plant City, City Hall
301 West Reynolds Street

HOLMES

Holmes County Supervisor Office
201 N. Oklahoma St.
Bonifay, Florida

Monday – Saturday 8am – 4pm

INDIAN RIVER

Supervisor of Elections Office
1750 25th Street
Vero Beach, FL 32960

Indian River County Main Library
1600 21st Street
Vero Beach, FL 32960

Sebastian City Hall
1225 Main Street
Sebastian, FL 32958

October 23 thru November 4, excluding
Sundays
Monday – Saturday, 8am – 4pm

JACKSON

Jackson County Supervisor of Elections
Office
2851 Jefferson Street
Marianna, Fl
Monday – Saturday 8:30a.m. to 4:30p.m.

JEFFERSON

Supervisor of Elections Office
380 West Dogwood Street
Monticello, FL 32344

Monday thru Saturday 8:30 to 4:30
October 23rd thru November 4th

LAFAYETTE

Supervisor of Elections Office
Lafayette County Courthouse-Room 120
Mayo, FL 32066

Monday – Saturday 8:30 – 4:30

LAKE

Supervisor of Elections Office
315 W. Main Street
Tavares, Fl

Minneola City Hall
800 N. US Hwy. 27
Minneola, Fl

Lady Lake Town Hall
Commission Chambers
409 Fennell Blvd.
Lady Lake, Fl

Umatilla City Hall Council Chambers
1 W. Central Avenue
Umatilla, Fl

W.T. Bland Public Library
1995 North Donnelly Street
Mount Dora, Fl

Eustis Public Library
120 N. Center Street
Eustis, Fl

Leesburg Public Library
204 N. 5th Street
Leesburg, Fl

*October 23 thru November 4, 2006:*
Mondays and Fridays: 10 pm – 6 pm
Tues., Wed., and Thurs.: 11 m – 7 pm
Saturdays: 9 am – 5 pm
Closed Sundays
*Call 352-343-9734 with questions*

LEE

Main Office
2480 Thompson St., 3rd Floor
Auditorium
Fort Myers, Fl
(239) LEE-VOTE  (239-533-8683)

Elections Center
13180 S. Cleveland Ave. – Across from
Bell Tower Mall
Fort Myers, Fl
(239) 533-6918

Bonita Springs Supervisor of Elections
24951 Old US 41, Suite #10
(Coconut Commerce Center)
Bonita Springs, Fl
(239) 949-1581

Cape Coral Supervisor of Elections
Lee County Government Building
1039 SE 9TH Place
Cape Coral, FL
(239) 458-7020

All Sites:
Monday – Friday 10am – 6pm
Saturday 9am – 5pm

LEON

Leon County Courthouse
301 South Monroe St.
Tallahassee, Fl

October 23 – October 27, 2006
October 29 – November 4, 2006
8am – 5pm

LEVY

Supervisor of Elections Office
421 South Court Street
Bronson, Fl

Monday – Saturday: 8:30am – 4:30pm
Oct 24 & Nov 2: late voting 11am – 7pm

LIBERTY

Supervisor of Elections office
Courthouse, 10818 SR 20
Bristol, FL  32321.

Monday thru Saturday
8:00 a.m. to 4:00 p.m.

## MADISON

Supervisor of Elections Office
229 SW Pinckney ST, Rm 113
Madison FL 32340

Monday – Saturday 9am – 5pm

## MANATEE

Supervisor of Elections Office
321 15th Street West
Bradenton, FL
(941) 741-3823

Elections Center Annex
600 301 Blvd. W., Suite 100
*(Across from the Tax Collector's DeSoto Branch Office)*

Monday - Saturday 8:30 am - 4:30 pm

## MARION

Monday – Friday, 10 a.m. – 6 p.m.,
Saturday 9 a.m. – 5 p.m. for the
following sites:

Belleview City Hall
5343 SE Abshier Blvd

Freedom Public Library
5870 SW 95th St.

Dunnellon Public Library
20804 W Pennsylvania Ave.

Reddick Public Library
15150 NW Gainesville Rd.

Forest Public Library
777 S CR 314A

Monday – Saturday, 8:30 a.m. – 4:30
p.m. at the following site:

Supervisor of Elections
402 SE 25th Ave.

## MARTIN

Elections Center
135 SE Martin Luther King, Jr. Blvd
Stuart, FL 34994

Hobe Sound Library
10595 SE Federal Hwy
Hobe Sound, FL 33455

Elisabeth Lahti Library
15200 SW Adams Ave
Indiantown, FL 34956

Hoke Library
1150 NW Jack Williams Way
Jensen Beach, FL 34957

Peter & Julie Cummings Library
2551 SW Matheson Ave
Palm City, FL 34990

Robert Morgade Library
5851 SE Community Dr
Stuart, FL 34997

Hours at all sites are 8:30 am - 4:30 pm
Monday through Saturday

## MIAMI-DADE

North Dade Regional Library
2455 NW 183rd St.

Elections Department
2700 NW 87th Ave

West Dade Regional Library
9445 SW 24th St

Lemon City Library (Reading Room)
430 NE 61st St

Miami City Hall
3500 Pan American Dr.

Model City Library (Caleb Center)
2211 NW 54th St

West Miami City Hall
901 SW 62nd Ave

Florida City City Hall
404 W Palm Dr

North Shore Branch Library (Program
Room)
7501 Collins Ave

Coral Gables Library
3443 Segovia St.

Miami Lakes Public Library
6699 Windmill Gate Rd.

West Kendall Regional Library
10201 Hammocks Blvd.

Aventura City Hall
19200 W Country Club Dr.

Miami Beach City Hall
1700 Convention Center Dr.

Coral Reef Library
9211 SW 152nd St

John F Kennedy Library
190 W 49th St

Kendall Branch Library
9101 SW 97th Ave

North Miami Public Library
835 NE 132nd St

Elections Department
111 NW 1st St

South Dade Regional Library
10750 SW 211th St

October 23 – 27:  7am – 3pm
October 28:  9am – 1pm
October 29:  11am – 3pm
October 30 – November 3:  11am – 7pm
November 4:  9am – 1pm
November 5:  11am – 3pm

MONROE

*Supervisor of Elections Offices:*
530 Whitehead Street
Key West, Fl

490 63rd. Street Ocean #130
Marathon, Fl

88820 Overseas Highway
Tavernier, Fl

*Monroe County Public Libraries:*
Big Pine Key
*(Located in the Winn Dixie Plaza)*
213 Key Deer Blvd.

Key Largo *(located in the Tradewinds Plaza)*
101485 Overseas Highway.

Hours for all sites-8:30am 4:30pm
All Monroe County early voting sites
will be open all the dates required by law

NASSAU

Fernandina Beach City Hall
204 Ash Street
Fernandina Beach, Florida

Callahan Town Hall
542300 US Highway 1
Callahan, Florida

Nassau County Governmental Complex
Supervisor of Elections Office
(Conference Room A)
96135 Nassau Place
Yulee, Florida

Hilliard Branch Library
15821 County Road 108
Hilliard, Florida

Monday – Saturday, 10am – 6pm

## OKALOOSA

*North Okaloosa County:*
Robert LF Sikes Public Library
1445 Commerce Drive
Crestview, FL 32539

*South Okaloosa County:*
Fort Walton Beach/Northwest Florida
Fairgrounds Center
1958 Lewis Turner Blvd.
Fort Walton Beach FL 32547

Both sites will be open from 8:30 a.m. to
4:30 p.m. Monday through Saturday
Oct. 23 to 28, and Oct. 30 to Nov. 4

## OKEECHOBEE

304 NW 2nd Street, Room 101
Okeechobee, Fl

Monday – Saturday, 8am – 4pm

## ORANGE

*For further information please call
(407) 836-2070 or visit our website at
www.ocfelections.com
*Para mayor información llame al (407)
836-2070 o visite nuestro sitio de
Internet www.ocfelections.com

Orlando Public Library (Downtown)
101 E. Central Blvd.
Orlando, Fl 32801
(Entrance on Central Blvd.)

Alafaya Branch Library
12000 East Colonial Drive
Orlando, Fl 32826

North Orange Branch Library
1211 E. Semoran Blvd.
Apopka, Fl 32703

South Creek Branch Library
1702 Deerfield Blvd.
Orlando, Fl 32837

Southeast Branch Library
5575 S. Semoran Blvd.
Orlando, Fl 32822

Washington Park Branch Library
(Lila Mitchell Community Center)
5151 Raleigh Street, Suite A
Orlando, Fl 32811

West Oaks Branch Library
1821 E. Silver Star Road
Ocoee, Fl 34761

Winter Park Library
460 East New England Ave.
Winter Park, Fl 32789

Southwest Branch Library
7255 Della Drive
Orlando, Fl 32819

Supervisor of Elections Office
119 W. Kaley Street
Orlando, Fl 32806

Mon., Oct. 23 thru Sun., Nov. 5, 2006
Monday – Friday, 10am – 6pm
Saturday, 10am - 2pm
Sunday, 1pm – 5pm

## OSCEOLA

Supervisor of Elections Office
330 N Beaumont Ave.
Kissimmee, Fl

Supervisor of Elections Branch Office
1322 10th St.
St. Cloud, Fl

BVL Public Library
405 Buenaventura Lakes Blvd.
Kissimmee, Fl

Poinciana Public Library
101 Doverplum Ave.
Kissimmee, Fl

October 23, 2006 - November 4, 2006
Hours: Monday – Friday: 10am-6pm
Saturday: 9am-5pm

PALM BEACH

Jupiter Branch Library
705 Military Trail
Jupiter, Fl

Supervisor of Elections
 North County Office
3188 PGA Blvd, Room 2401,
Palm Beach Gardens, FL  33410

Riviera Beach City Hall
600 West Blue Heron Blvd.
Riviera Beach, FL 33404

Glades County Office Bldg
2976 State Road #15
Belle Glade, FL

Okeechobee Branch Library
5689 Okeechobee Blvd.
West Palm Beach, FL

Royal Palm Beach City Hall
1050 Royal Palm Beach Blvd.
 Royal Palm Beach, FL

Supervisor of Elections Main Office
240 S Military Trail
West Palm Beach, FL

Main Library
3650 Summit Blvd
West Palm Beach, FL

Village of Wellington Village Hall
14000 Greenbriar Blvd
Wellington, FL

West Boynton Branch Library
9451 Jog Road
 Boynton Beach, FL

West Atlantic Branch Library
7777 West Atlantic Avenue
 Delray Beach, FL

Supervisor of Elections
South County Office
345 S Congress Avenue
Delray Beach, FL

Delray Beach City Library
100 NW 1st Avenue
Delray Beach, FL

Southwest County Regional Library
20701 95th Avenue South
Boca Raton, FL

Boca Raton City Hall
201 West Palmetto Park Road
Boca Raton, FL

Monday – Friday:  10am – 6pm
Saturday:  9am – 1pm
Sunday:  12pm – 4pm

PASCO

East Pasco Government Center
14236 6th Street
Dade City, Fl 33523

Supervisor of Elections Office
David "Hap" Clark Professional Center
4111 Land O'Lakes Blvd.
Land O'Lakes, Fl 34639

Hudson Regional Library
8012 Library Road
Hudson, Fl 34667

New River Branch Library
34043 State Road 54
Zephyrhills, Fl 33543

Supervisor of Elections Office
West Pasco Government Center
7530 Little Road, Suite 110
New Port Richey, Fl 34654

Supervisor of Elections Office
Village Market of Wesley Chapel
5325 Village Market
Wesley Chapel, Fl 33543

South Holiday Branch Library
4649 Mile Stretch Drive
Holiday, Fl 34690

Monday – Friday: 10am – 6pm
Saturday: 9am – 5pm

## PINELLAS

Dunedin Public Library
223 Douglas Ave
Dunedin, Fl

Indian Shores Town Hall
19305 Gulf Blvd
Indian Shores, Fl

James Weldon Johnson Branch Library
1059 18th Ave. S.
St. Petersburg, Fl

Oldsmar Public Library
101 State Street West
Oldsmar, Fl

Palm Harbor Public Library
2330 Nebraska Avenue
Palm Harbor, Fl

Pinellas Park Public Library
7770 52nd St.
Pinellas Park, Fl

Seminole Community Library
at St. Petersburg College
9200 113th Street North
Seminole, Fl

Tarpon Springs City Hall
324 E. Pine Street
Tarpon Springs, Fl

Pinellas County Courthouse
315 Court St., Room 117
Clearwater, Fl

Election Service Center
13001 Starkey Rd.
Largo, Fl

St. Petersburg Office
501 First Ave. N
St. Petersburg, Fl

Monday-Friday: 10 a.m. to 6 p.m.
Saturday: 8 a.m. to 4 p.m.

## POLK

Bartow City Hall
Commission Chamber
450 North Wilson Avenue
Bartow, Fl

Lake Wales Public Library
Community Room
290 Cypress Garden Lane
Lake Wales, Fl

Davenport City Hall
Community room
5 Allapaha Avenue
Davenport, Fl

Larry R. Jackson Public Library
Community Room
1700 N Florida Avenue
Lakeland, Fl

Elections Office
Lakeland Branch Courthouse
930 E. Parker Street
Lakeland, Fl

Elections Office
Winter Haven Branch Courthouse
3425 Lake Alfred Road
Winter Haven, Fl

Hours:  Monday – Saturday 9am – 5pm

## PUTNAM

Putnam County Elections Office
107 N. 6th Street, Building 1-F
Palatka, Fl  32177

*TIME:*  8:30 AM until 4:30 PM

*DATES:* Monday - Saturday, October 23 - October 28, 2006
Monday - Saturday, October 30 thru November 4, 2006

### *ELECTION OFFICE EXTENDED HOURS:*
Saturday, October 28, 2006
8:30 AM until 5:00 PM

Saturday, November 4, 2006
8:30 AM until 5:00 PM

### ST. JOHNS

Supervisor of Elections Main Office
4455 Avenue A, #101
St. Augustine, Fl

Julington Creek Courthouse Annex
Conference Room
725 Flora Branch Blvd.
Julington Creek, Fl

Ponte Vedra Branch Library
101 Library Blvd.
Ponte Vedra Beach, Fl

Southeast Branch Library
6670 U.S. 1 South
St. Augustine, Fl

St. Augustine Beach Town Hall
2200 A1A South
St. Augustine Beach, Fl

Hastings Town Hall
6195 S. Main St.
Hastings, Fl

Monday – Saturday 8:30am – 4:30pm

### ST. LUCIE

Supervisor of Elections Office
Orange Blossom Business Center (Mall)
4132 Okeechobee Road
Ft. Pierce, Fl

Zora Neal Hurston Branch Library
3008 Avenue D
Ft. Pierce, Fl

Port St. Lucie Community Center
City Hall Complex
2195 SE Airoso Blvd.
Port St. Lucie, Fl

Morningside Library
2410 SE Morningside Blvd.
Port St. Lucie, Fl

Monday thru Saturday – 9am to 5 pm

### SANTA ROSA

South Service Annex
5841 Gulf Breeze Parkway
Gulf Breeze, Fl

Santa Rosa County Administrative
Complex
Elections Office
6495 Caroline St., Room 100
Milton, Fl 32570

Monday – Saturday 8:30am – 4:30pm

### SARASOTA

Supervisor of Elections Office
Sarasota County Terrace Building
2001 Adams Lane
Sarasota, Fl

Supervisor of Elections Office
Biscayne Plaza
13640 Tamiami Trail
North Port, Fl

Supervisor of Elections Office
R.L. Anderson Administration Building,
4000 South Tamiami Trail
Venice, Fl

North County Library
2801 Newtown Blvd.
Sarasota, FL

Fruitville Library
100 Coburn Road
Sarasota, FL

Gulf Gate Library
7112 Curtiss Ave.
Sarasota, FL

North Port City Hall
4970 City Hall Blvd.
North Port, FL

Hours:
Monday – Friday 8:30am – 4:30pm
Saturday 9am – 1pm
Sunday 1pm – 5pm

SEMINOLE

Supervisor of Elections Office
1500 East Airport Blvd.
Sanford, FL 32773

Casselberry Library
215 N. Oxford Road
Casselberry, Florida 32707

Lake Mary Library
580 Greenway Boulevard
Lake Mary, Florida 32746

Oviedo Library
310 Division Street
Oviedo, Florida 32765

Wekiva Library
245 N. Hunt Club Boulevard,
Longwood, Florida 32779

Monday – Friday: 10 a.m. – 6 p.m.
Saturdays:  8 a.m. – 12:00 noon
Sundays:  12:00 noon – 4 p.m.

SUMTER

Supervisor of Elections Office (Main)
220 E. McCollum Ave.
Bushnell, Fl

Supervisor of Elections Office
(Wildwood)
362 Shopping Center Dr.
Wildwood, Fl

Supervisor of Elections Office (Villages)
(Villages Gov. Annex Bldg)
8033 E. C-466, Suite B
The Villages, Fl

The Villages Library (The Villages)
325 Belvedere Blvd.
The Villages, Fl

Hours:  9:00 am to 5:00 pm Monday thru
Saturday.  October 23 thru November 4.
Closed Sundays

SUWANEE

Supervisor of Elections Office
220 Pine Ave., S.W.
Live Oak, FL

Branford Public Library
703 NW Suwannee Ave.
Branford, FL

Monday – Saturday 8:30am – 4:30pm

TAYLOR

Supervisor of Elections Office
2nd Floor Courthouse
108 N Jefferson St, Suite 202
Perry, Florida

Monday thru Saturday 8:00am - 5:00pm

UNION

Supervisor of Elections Office
55 W. Main St. Rm 106
Union County Courthouse
Lake Butler, Fl

Hours: Mon. thru Sat. 8:00am -5:00pm
October 23 thru November 4

VOLUSIA

Department of Elections
125 W New York Ave.
Deland, Fl

Deltona Regional Library
2150 Eustace Ave.
Deltona, Fl

New Smyrna Beach Regional Library
1001 S. Dixie Freeway
New Smyrna Beach, Fl 32168

Daytona Beach Regional Library
105 E. Magnolia Ave
Daytona Beach, Fl 32114

Hours: Monday – Saturday 8am – 4pm

WAKULLA

Elections Office
3115B Crawfordville Hwy
Crawfordville, Fl 32327

Monday – Saturday 9am – 5pm

WALTON

Supervisor of Elections Office
312 College Avenue, Unit E
DeFuniak Springs, FL

Supervisor of Elections Office
31 Coastal Centre Boulevard, Suite 300
Santa Rosa Beach, FL

October 23 through November 4, 2006
Monday – Saturday:  8:30am - 4:30pm

WASHINGTON

Supervisor of Elections Office
1331 South Blvd, Suite 900
Chipley, Fl

Monday – Saturday 8 am – 4 pm
Beginning October 23, 2006