# APPENDIX

**Table 1**
**Language Assistance Enforcement Actions (1982-2004)**

| State | Language Assistance Enforcement Actions | Statewide Minority Population[1] | Ratio of Language Minority Enforcement Actions Per Million Minority Residents[2] |
|---|---|---|---|
| New Mexico | 5 | 1,076,059 | 4.65 |
| Utah | 1 | 386,501 | 2.59 |
| Washington | 1 | 1,395,268 | 0.72 |
| Pennsylvania | 1 | 2,118,065 | 0.47 |
| Arizona | 1 | 2,234,235 | 0.45 |
| New Jersey | 1 | 3,149,606 | 0.32 |
| Florida | 2 | 6,477,416 | 0.31 |
| New York | 2 | 7,481,499 | 0.27 |
| California | 4 | 19,911,690 | 0.20 |
| Texas | 0 | 11,299,800 | 0.00 |
| Alaska | 0 | 217,258 | 0.00 |
| South Dakota | 0 | 99,811 | 0.00 |
| Michigan | 0 | 2,217,104 | 0.00 |



Fully Covered under Section 4(b) on the Basis of Language
Partially Covered under Section 4(b) on the Basis of Language

[1] Minority population for each State is calculated by subtracting the non-Hispanic white population from the total 2004 population.
[2] Ratio = [(Language Assistance Enforcement Actions/Minority Population)*1M]

Source: National Commission on the Voting Rights Act, Protecting Minority Voters: The Voting Rights Act at Work 1982-2005, published in Voting Rights Act: Evidence of Continued Need: Hearing Before the Subcomm. on the Constitution of the House Comm. on the Judiciary, 109th Cong., 2d Sess. at 282 (Mar. 8, 2006).

Source: U.S. Census Bureau, Annual Estimates of the Population for Race Alone and Hispanic or Latino Origin for the United States and States: July 1, 2004, available at http://www.census.gov/popest/data/historical/2000s/vintage_2004/state.html.

**Figure 1**
**Language Assistance Enforcement Actions Per Million Minority Residents (1982-2004)**



**Table 2**
**Section 5 Objections  (1982-2004)**

| State | Section 5 Objections (1982-2004) | Minority Population in Covered Jurisdictions[1] | Ratio of Section 5 Objections Per Million Minority Residents[2] |
|---|---|---|---|
| Mississippi | 120 | 1,163,940 | 103.1 |
| Louisiana | 103 | 1,727,053 | 59.6 |
| South Carolina | 74 | 1,444,773 | 51.2 |
| South Dakota | 1 | 21,076 | 47.4 |
| North Carolina[3] | 43 | 1,204,035 | 35.7 |
| Alabama | 46 | 1,382,562 | 33.3 |
| Georgia | 83 | 3,510,536 | 23.6 |
| Texas | 105 | 11,299,800 | 9.3 |
| Alaska | 2 | 217,258 | 9.2 |
| Arizona | 19 | 2,234,235 | 8.5 |
| California | 4 | 513,582 | 7.8 |
| Florida | 4 | 587,679 | 6.8 |
| Virginia | 15 | 2,337,883 | 6.4 |
| New York | 7 | 3,610,197 | 1.9 |
| Michigan | 0 | 69,923 | 0.0 |
| New Hampshire | 0 | 65,521 | 0.0 |

| Type of Jurisdiction[4] | Section 5 Objections (1982-2004) | Total Minority Population | Ratio of Section 5 Objections Per Minority Population |
|---|---|---|---|
| Race | 484 | 12,836,303 | 37.7 |
| Language | 131 | 14,429,971 | 9.1 |
| Mixed | 11 | 4,123,779 | 2.7 |

[1] Minority population for each jurisdiction is calculated by subtracting the non-Hispanic white population from the total 2004 population.

[2] Ratio = [(Section 5 Objections/Minority Population)*1M].

[3] North Carolina is designated as partially covered on the basis of race because 39 out of its 40 covered counties are covered on the basis of race.

[4] "Race" is the sum of fully and partially covered jurisdictions on the basis of race. "Language" is the sum of fully and partially covered jurisdictions on the basis of language. "Mixed" is the sum of partially covered jurisdictions on the basis of race and language.



Fully Covered on the Basis of Race
Fully Covered on the Basis of Language
Partially Covered on the Basis of Race
Partially Covered on the Basis of Language
Partially Covered on the Basis of Race and Language

Source: National Commission on the Voting Rights Act, Protecting Minority Voters: The Voting Rights Act at Work 1982-2005, cited in Voting Rights Act: Evidence of Continued Need: Hearing Before the Subcomm. on the Constitution of the House Comm. on the Judiciary, 109th Cong., 2d Sess. at 259 (Mar. 8, 2006).
Source: U.S. Census Bureau, Annual Estimates of the Population for Race Alone and Hispanic or Latino Origin for the United States and States: July 1, 2004, available at http://www.census.gov/popest/data/historical/2000s/vintage_2004/state.html.
Source: U.S. Census Bureau, Annual Estimates of the Resident Population for Counties: April 1, 2000 to July 1, 2004, available at http://www.census.gov/popest/data/counties/totals/2004/CO-EST2004-01.html.
Source: U.S. Census Bureau, County Population by Age, Sex, Race, and Hispanic origin: April 1, 2000 through July 1, 2004, available at http://www.census.gov/popest/data/counties/asrh/2004/CC-EST2004-alldata.html.

**Figure 2-1**
**Section 5 Objections Per Million Minority Residents By State**



**Figure 2-2**
**Section 5 Objections Per Million Minority Residents By Type Of Jurisdiction**



## Table 3
## More Information Requests (MIRs) (1982-2005)

| State | MIRs (1982-2005) | Minority Population in Covered Jurisdictions[1] | Ratio of MIRs Per Million Minority Residents[2] |
|---|---|---|---|
| South Dakota | 51 | 21,076 | 2419.8 |
| Alaska | 315 | 217,258 | 1449.9 |
| Georgia | 3274 | 3,510,536 | 932.6 |
| Louisiana | 1512 | 1,727,053 | 875.5 |
| Alabama | 1159 | 1,382,562 | 838.3 |
| South Carolina | 1188 | 1,444,773 | 822.3 |
| Mississippi | 874 | 1,163,940 | 750.9 |
| North Carolina[3] | 832 | 1,204,035 | 691.0 |
| California | 186 | 513,582 | 362.2 |
| Michigan | 24 | 69,923 | 343.2 |
| Florida | 196 | 587,679 | 333.5 |
| Texas | 3034 | 11,299,800 | 268.5 |
| Arizona | 534 | 2,234,235 | 239.0 |
| Virginia | 337 | 2,337,883 | 144.1 |
| New York | 121 | 3,610,197 | 33.5 |
| New Hampshire | 0 | 65,521 | 0.0 |

| Type of Jurisdiction[4] | MIRs | Total Minority Population | Ratio of MIRs Per Minority Population |
|---|---|---|---|
| Race | 9176 | 12,836,303 | 714.8 |
| Language | 4154 | 14,429,971 | 287.9 |
| Mixed | 307 | 4,123,779 | 74.4 |

[1] Minority population for each jurisdiction is calculated by subtracting the non-Hispanic white population from the total 2004 population.

[2] Ratio = [(MIRs/Minority Population)*1M].

[3] North Carolina is designated as partially covered on the basis of race because 39 out of its 40 covered counties are covered on the basis of race.

[4] "Race" is the sum of fully and partially covered jurisdictions on the basis of race. "Language" is the sum of fully and partially covered jurisdictions on the basis of language. "Mixed" is the sum of partially covered jurisdictions on the basis of race and language.



Fully Covered on the Basis of Race
Fully Covered on the Basis of Language
Partially Covered on the Basis of Race
Partially Covered on the Basis of Language
Partially Covered on the Basis of Race and Language

Source: Continuing Need for Section 203's Provisions for Limited English Proficient Voters, Hearing Before the Senate Comm. on the Judiciary, 109th Cong., 2d Sess. at 225 (June 13, 2006).

Source: U.S. Census Bureau, Annual Estimates of the Population for Race Alone and Hispanic or Latino Origin for the United States and States: July 1, 2004, available at http://www.census.gov/popest/data/historical/2000s/vintage_2004/state.html.

Source: U.S. Census Bureau, Annual Estimates of the Resident Population for Counties: April 1, 2000 to July 1, 2004, available at http://www.census.gov/popest/data/counties/totals/2004/CO-EST2004-01.html.

Source: U.S. Census Bureau, County Population by Age, Sex, Race, and Hispanic origin: April 1, 2000 through July 1, 2004, available at http://www.census.gov/popest/data/counties/asrh/2004/CC-EST2004-alldata.html.

**Figure 3-1**
**MIRs Per Million Minority Residents By State**



**Figure 3-2**
**MIRs Per Million Minority Residents By Type Of Jurisdiction**



**Table 4**
**Successful, Reported Section 2 Suits (1982-2005)**

| Jurisdiction (Reason for Coverage) | Successful Section 2 Suits | Population in Jurisdiction | Ratio of Section 2 Successful Lawsuits/Residents |
|---|---|---|---|
| South Dakota (L) | 1 | 23,084 | 43.32 |
| Mississippi (R) | 18 | 2,902,966 | 6.20 |
| Alabama (R) | 12 | 4,530,182 | 2.65 |
| Louisiana (R) | 10 | 4,515,770 | 2.21 |
| Montana (NC) | 2 | 926,865 | 2.16 |
| North Carolina (R) | 6 | 2,995,740 | 2.00 |
| Arkansas (NC) | 4 | 2,752,629 | 1.45 |
| Deleware (NC) | 1 | 830,364 | 1.20 |
| Rhode Island (NC) | 1 | 1,080,632 | 0.93 |
| Hawaii (NC) | 1 | 1,262,840 | 0.79 |
| North Carolina (NC) | 4 | 5,510,506 | 0.73 |
| South Carolina (R) | 3 | 4,198,068 | 0.71 |
| Illinois (NC) | 9 | 12,713,634 | 0.71 |
| Tennessee (NC) | 4 | 5,900,962 | 0.68 |
| Florida (L) | 1 | 1,542,373 | 0.65 |
| Nebraska (NC) | 1 | 1,747,214 | 0.57 |
| Virginia (R) | 4 | 7,459,827 | 0.54 |
| Colorado (NC) | 2 | 4,601,403 | 0.43 |
| Texas (L) | 9 | 22,490,022 | 0.40 |
| Florida (NC) | 6 | 15,854,748 | 0.38 |
| Maryland (NC) | 2 | 5,558,058 | 0.36 |
| Georgia (R) | 3 | 8,829,383 | 0.34 |
| New York (NC) | 4 | 13,823,539 | 0.29 |
| Connecticut (NC) | 1 | 3,503,604 | 0.29 |
| New York (L) | 1 | 3,840,826 | 0.26 |
| Pennsylvania (NC) | 3 | 12,406,292 | 0.24 |
| New York (R) | 1 | 5,403,549 | 0.19 |
| Wisconsin (NC) | 1 | 5,509,026 | 0.18 |
| Ohio (NC) | 2 | 11,459,011 | 0.17 |
| Missouri (NC) | 1 | 5,754,618 | 0.17 |
| Indiana (NC) | 1 | 6,237,569 | 0.16 |
| Massachusetts (NC) | 1 | 6,416,505 | 0.16 |
| New Jersey (NC) | 1 | 8,698,879 | 0.11 |
| California (NC) | 3 | 35,034,973 | 0.09 |
| Alaska (L) | 0 | 655,435 | 0.00 |
| Arizona (L) | 0 | 5,743,834 | 0.00 |
| California (L) | 0 | 444,197 | 0.00 |
| California (R) | 0 | 479,260 | 0.00 |
| Idaho (NC) | 0 | 1,393,262 | 0.00 |
| Iowa (NC) | 0 | 2,954,451 | 0.00 |
| Kansas (NC) | 0 | 2,735,502 | 0.00 |
| Kentucky (NC) | 0 | 4,145,922 | 0.00 |
| Maine (NC) | 0 | 1,317,253 | 0.00 |
| Michigan (L) | 0 | 321,539 | 0.00 |
| Michigan (NC) | 0 | 9,791,081 | 0.00 |
| Minnesota (NC) | 0 | 5,100,958 | 0.00 |
| Nevada (NC) | 0 | 2,334,771 | 0.00 |
| New Hampshire (NC) | 0 | 150,089 | 0.00 |
| New Hampshire (R) | 0 | 1,149,411 | 0.00 |
| New Mexico (NC) | 0 | 1,903,289 | 0.00 |
| North Carolina (L) | 0 | 34,975 | 0.00 |
| North Dakota (NC) | 0 | 634,366 | 0.00 |
| Oklahoma (NC) | 0 | 3,523,553 | 0.00 |
| Oregon (NC) | 0 | 3,594,586 | 0.00 |
| South Dakota (NC) | 0 | 747,799 | 0.00 |
| Utah (NC) | 0 | 2,389,039 | 0.00 |
| Vermont (NC) | 0 | 621,394 | 0.00 |
| Washington (NC) | 0 | 6,203,788 | 0.00 |
| West Virginia (NC) | 0 | 1,815,354 | 0.00 |
| Wyoming (NC) | 0 | 506,529 | 0.00 |

| Type of Jurisdiction | Successful Section 2 Suits | Population in Jurisdiction | Ratio of Section 2 Successful Lawsuits/Residents |
|---|---|---|---|
| Race Jurisdictions | 57 | 42,464,156 | 1.34 |
| Language Jurisdictions | 12 | 35,096,285 | 0.34 |
| Noncovered Jurisdictions | 55 | 178,229,182 | 0.31 |

Race Jurisdiction
Language Jurisdiction

* In order to avoid distortion, South Dakota is omitted from Figure 4-1. *See Shelby County*, 679 F.3d at 896 (Williams, J., dissenting)

Source: Ellen Katz & The Voting Rights Initiative, VRI Database Master List (2006), available at
http://sitemaker.umich.edu/votingrights/files/masterlist.xls.
Source: U.S. Census Bureau, Annual Estimates of the Resident Population for Counties: April 1, 2000 to July 1, 2004, available at
http://www.census.gov/popest/data/counties/totals/2004/CO-EST2004-01.html.

**Figure 4-1**
**Successful Section 2 Lawsuits Per Million Residents By Jurisdiction**



**Figure 4-2**
**Successful Section 2 Lawsuits Per Million Residents By Type Of Jurisdiction**



**Table 5**
**Federal Observers (1982-2004)**

| State | Observers (1982-2004) | Minority Population[1] | Ratio of Observers Per Million Minority Residents[2] |
|---|---|---|---|
| Mississippi | 250 | 1,163,940 | 214.8 |
| Michigan | 8 | 69,923 | 114.4 |
| New Mexico | 69 | 1,076,059 | 64.1 |
| Alabama | 67 | 1,382,562 | 48.5 |
| Utah | 7 | 386,501 | 18.1 |
| Arizona | 40 | 2,234,235 | 17.9 |
| South Carolina | 23 | 1,444,773 | 15.9 |
| Georgia | 55 | 3,510,536 | 15.7 |
| California | 7 | 513,582 | 13.6 |
| New York | 41 | 3,610,197 | 11.4 |
| Louisiana | 15 | 1,727,053 | 8.7 |
| North Carolina[3] | 6 | 1,204,035 | 5.0 |
| Pennsylvania | 2 | 2,118,065 | 0.9 |
| Texas | 10 | 11,299,800 | 0.9 |
| Illinois | 3 | 4,299,608 | 0.7 |
| Alaska | 0 | 217,258 | 0.0 |
| Virginia | 0 | 2,337,883 | 0.0 |
| Florida | 0 | 587,679 | 0.0 |
| South Dakota | 0 | 21,076 | 0.0 |
| New Hampshire | 0 | 65,521 | 0.0 |

| Type of Jurisdiction[4] | Observers (1982-2004) | Total Minority Population | Ratio of Observers Per Minority Population |
|---|---|---|---|
| Race | 416 | 12,836,303 | 32.4 |
| Language | 58 | 14,429,971 | 4.0 |
| Mixed | 48 | 4,123,779 | 11.6 |
| Non-covered | 81 | 7,880,233 | 10.3 |

[1] Minority population is calculated by subtracting the non-Hispanic white population from the total 2004 population.  For fully-covered and non-covered jurisdictions, the calculated population is the statewide population.  For partially-covered jurisdictions, the calculated population is the population for the covered portions of the states.

[2] Ratio = [(Observers/Minority Population)*1M].

[3] North Carolina is designated as partially covered on the basis of race because 39 out of its 40 covered counties are covered on the basis of race.

[4] "Race" is the sum of fully and partially covered jurisdictions on the basis of race. "Language" is the sum of fully and partially covered jurisdictions on the basis of language. "Mixed" is the sum of partially covered jurisdictions on the basis of race and language. "Non-covered" is the sum of non-covered jurisdictions.



Fully Covered on the Basis of Race
Fully Covered on the Basis of Language
Partially Covered on the Basis of Race
Partially Covered on the Basis of Language
Partially Covered on the Basis of Race and Language

Source: National Commission on the Voting Rights Act, Protecting Minority Voters: The Voting Rights Act at Work 1982-2005, cited in Voting Rights Act: Evidence of Continued Need: Hearing Before the Subcomm. on the Constitution of the House Comm. on the Judiciary, 109th Cong., 2d Sess. at 275 (Mar. 8, 2006).
Source: U.S. Census Bureau, Annual Estimates of the Population for Race Alone and Hispanic or Lation Origin for the United States and States: July 1, 2004, available at http://www.census.gov/popest/data/historical/2000s/vintage_2004/state.html.
Source: U.S. Census Bureau, Annual Estimates of the Resident Population for Counties: April 1, 2000 to July 1, 2004, available at http://www.census.gov/popest/data/counties/totals/2004/CO-EST2004-01.html.
Source: U.S. Census Bureau, County Population by Age, Sex, Race, and Hispanic origin: April 1, 2000 through July 1, 2004, available at http://www.census.gov/popest/data/counties/asrh/2004/CC-EST2004-alldata.html.

**Figure 5-1**
**Federal Observers Per Million Minority Residents By State**



**Figure 5-2**
**Federal Observers Per Million Minority Residents By Type Of Jurisdiction**



**Table 6**
**Successful Section 5 Enforcement Actions (1982-2004)**

| State | Section 5 Enforcement Actions (1982-2004) | Minority Population in Covered Jurisdictions[1] | Ratio of Section 5 Enforcement Actions Per Million Minority Residents[2] |
|---|---|---|---|
| Alabama | 22 | 1,382,562 | 15.9 |
| Mississippi | 15 | 1,163,940 | 12.9 |
| South Carolina | 10 | 1,444,773 | 6.9 |
| Georgia | 17 | 3,510,536 | 4.8 |
| Louisiana | 5 | 1,727,053 | 2.9 |
| Texas | 29 | 11,299,800 | 2.6 |
| North Carolina[3] | 3 | 1,204,035 | 2.5 |
| Arizona | 3 | 2,234,235 | 1.3 |
| Virginia | 1 | 2,337,883 | 0.4 |
| Alaska | 0 | 217,258 | 0.0 |
| New York | 0 | 3,610,197 | 0.0 |
| Michigan | 0 | 69,923 | 0.0 |
| California | 0 | 513,582 | 0.0 |
| Florida | 0 | 587,679 | 0.0 |
| South Dakota | 0 | 21,076 | 0.0 |
| New Hampshire | 0 | 65,521 | 0.0 |

| Type of Jurisdiction[4] | Section 5 Enforcement Actions (1982-2004) | Total Minority Population | Ratio of Section 5 Enforcement Actions Per Minority Population |
|---|---|---|---|
| Race | 73 | 12,836,303 | 5.7 |
| Language | 32 | 14,429,971 | 2.2 |
| Mixed | 0 | 4,123,779 | |

[1] Minority population for each jurisdiction is calculated by subtracting the non-Hispanic white population from the total 2004 population.

[2] Ratio = [(Section 5 Enforcement Actions/Minority Population)*1M].

[3] North Carolina is designated as partially covered on the basis of race because 39 out of its 40 covered counties are covered on the basis of race.

[4] "Race" is the sum of fully and partially covered jurisdictions on the basis of race. "Language" is the sum of fully and partially covered jurisdictions on the basis of language. "Mixed" is the sum of partially covered jurisdictions on the basis of race and language.



Fully Covered on the Basis of Race
Fully Covered on the Basis of Language
Partially Covered on the Basis of Race
Partially Covered on the Basis of Language
Partially Covered on the Basis of Race and Language

Source: National Commission on the Voting Rights Act, Protecting Minority Voters: The Voting Rights Act at Work 1982-2005, cited in Voting Rights Act: Evidence of Continued Need: Hearing Before the Subcomm. on the Constitution of the House Comm. on the Judiciary, 109th Cong., 2d Sess. at 250 (Mar. 8, 2006)
Source: U.S. Census Bureau, Annual Estimates of the Population for Race Alone and Hispanic or Latino Origin for the United States and States: July 1, 2004, available at http://www.census.gov/popest/data/historical/2000s/vintage_2004/state.html.
Source: U.S. Census Bureau, Annual Estimates of the Resident Population for Counties: April 1, 2000 to July 1, 2004, available at http://www.census.gov/popest/data/counties/totals/2004/CO-EST2004-01.html.
Source: U.S. Census Bureau, County Population by Age, Sex, Race, and Hispanic origin: April 1, 2000 through July 1, 2004, available at http://www.census.gov/popest/data/counties/asrh/2004/CC-EST2004-alldata.html.

**Figure 6-1**
**Successful Section 5 Enforcement Actions Per Million Minority Residents**
**By Type Of Jurisdiction**





**Figure 6-2**
**Successful Section 5 Enforcement Actions Per Million Minority Residents By State**

**Table 7**

**White and Hispanic Registration Rates (2004)[1]**

| State[2] | White Registration Rate | Hispanic Registration Rate | Ratio of White Registration Rate to Hispanic Registration Rate[3] |
|---|---|---|---|
| WEST VIRGINIA | 67.62% | 20.00% | 3.38 |
| ALABAMA | 75.50% | 25.00% | 3.02 |
| IDAHO | 73.82% | 35.85% | 2.06 |
| TENNESSEE | 64.76% | 33.33% | 1.94 |
| UTAH | 77.92% | 41.79% | 1.86 |
| NORTH CAROLINA | 74.10% | 40.37% | 1.84 |
| ARKANSAS | 69.81% | 40.00% | 1.75 |
| GEORGIA | 68.95% | 41.86% | 1.65 |
| WASHINGTON | 76.77% | 46.67% | 1.65 |
| HAWAII | 78.09% | 47.92% | 1.63 |
| NEBRASKA | 77.95% | 48.21% | 1.62 |
| OREGON | 81.49% | 51.90% | 1.57 |
| MONTANA | 76.42% | 50.00% | 1.53 |
| MICHIGAN | 75.69% | 50.69% | 1.49 |
| OKLAHOMA | 74.82% | 50.88% | 1.47 |
| CONNECTICUT | 72.35% | 49.23% | 1.47 |
| IOWA | 78.90% | 54.17% | 1.46 |
| INDIANA | 69.52% | 48.31% | 1.44 |
| DELAWARE | 75.51% | 54.17% | 1.39 |
| COLORADO | 78.62% | 56.51% | 1.39 |
| PENNSYLVANIA | 73.15% | 53.07% | 1.38 |
| CALIFORNIA | 76.22% | 55.38% | 1.38 |
| NEW HAMPSHIRE | 76.04% | 55.56% | 1.37 |
| ILLINOIS | 77.21% | 56.41% | 1.37 |
| ARIZONA | 76.52% | 56.28% | 1.36 |
| KANSAS | 73.77% | 54.55% | 1.35 |
| NORTH DAKOTA | 89.45% | 66.67% | 1.34 |
| MARYLAND | 76.28% | 58.00% | 1.32 |
| UNITED STATES | 75.13% | 57.86% | 1.30 |
| NEW YORK | 71.70% | 56.02% | 1.28 |
| TEXAS | 74.81% | 58.84% | 1.27 |
| VIRGINIA | 73.00% | 57.78% | 1.26 |
| NEVADA | 68.57% | 54.97% | 1.25 |
| MASSACHUSETTS | 80.36% | 66.04% | 1.22 |
| LOUISIANA | 76.97% | 63.33% | 1.22 |
| RHODE ISLAND | 72.98% | 60.71% | 1.20 |
| NEW MEXICO | 77.95% | 65.02% | 1.20 |
| MINNESOTA | 85.73% | 72.60% | 1.18 |
| SOUTH DAKOTA | 78.03% | 66.67% | 1.17 |
| FLORIDA | 74.51% | 63.99% | 1.16 |
| MISSISSIPPI | 73.85% | 64.00% | 1.15 |
| WISCONSIN | 83.25% | 72.73% | 1.14 |
| VERMONT | 76.00% | 66.67% | 1.14 |
| WYOMING | 72.86% | 64.71% | 1.13 |
| ALASKA | 80.06% | 72.22% | 1.11 |
| MISSOURI | 81.02% | 73.53% | 1.10 |
| NEW JERSEY | 74.19% | 69.68% | 1.06 |
| MAINE | 81.75% | 77.78% | 1.05 |
| OHIO | 72.44% | 76.92% | 0.94 |
| SOUTH CAROLINA | 76.27% | 81.25% | 0.94 |
| KENTUCKY | 74.71% | 90.00% | 0.83 |

Fully Covered on the Basis of Spanish Heritage
Partially Covered on the Basis of Spanish Heritage
United States Average

[1] Registration rates are measured as a percentage of the citizen population.

[2] Because Census data does not allow measurement of Hispanic registration rates by county, figures for partially covered states can only be provided as statewide figures.

[3] Ratio = [(Number of White Registered Voters/White Voting-Age Pop.)/(Number of Hispanic Registered Voters/Hispanic Voting-Age Pop.)]

Source: U.S. Census Bureau, Reported Voting and Registration of the Total Voting-Age Population tbl.4a, available at: http://www.census.gov/hhes/www/socdemo/voting/publications/p20/2004/tables.html.



**Figure 7**
**Ratio of White Registration Rate to Hispanic Registration Rate**

**Table 8**
**White and Hispanic Turnout Rates (2004)[1]**

| State[2] | White Turnout Rate | Hispanic Turnout Rate | Ratio of White Turnout Rate to Hispanic Turnout Rate[3] |
|---|---|---|---|
| TENNESSEE | 55.41% | 18.75% | 2.96 |
| WEST VIRGINIA | 57.66% | 20.00% | 2.88 |
| ALABAMA | 63.63% | 25.00% | 2.55 |
| NORTH CAROLINA | 62.30% | 24.77% | 2.51 |
| IDAHO | 65.80% | 26.42% | 2.49 |
| ARKANSAS | 61.08% | 28.00% | 2.18 |
| NORTH DAKOTA | 72.71% | 33.33% | 2.18 |
| NEBRASKA | 68.36% | 33.93% | 2.01 |
| GEORGIA | 58.28% | 30.23% | 1.93 |
| WASHINGTON | 70.66% | 36.67% | 1.93 |
| UTAH | 69.73% | 40.30% | 1.73 |
| INDIANA | 59.86% | 34.75% | 1.72 |
| MONTANA | 71.70% | 41.67% | 1.72 |
| HAWAII | 67.98% | 39.58% | 1.72 |
| OREGON | 76.74% | 45.57% | 1.68 |
| COLORADO | 72.62% | 45.71% | 1.59 |
| TEXAS | 64.54% | 41.57% | 1.55 |
| CONNECTICUT | 65.36% | 43.08% | 1.52 |
| CALIFORNIA | 70.57% | 46.94% | 1.50 |
| OKLAHOMA | 65.62% | 43.86% | 1.50 |
| ARIZONA | 70.32% | 47.06% | 1.49 |
| MASSACHUSETTS | 72.05% | 50.00% | 1.44 |
| IOWA | 71.79% | 50.00% | 1.44 |
| NEW YORK | 64.92% | 45.54% | 1.43 |
| UNITED STATES | 67.20% | 47.16% | 1.43 |
| RHODE ISLAND | 65.80% | 46.43% | 1.42 |
| DELAWARE | 70.52% | 50.00% | 1.41 |
| ILLINOIS | 67.72% | 48.36% | 1.40 |
| MICHIGAN | 68.21% | 49.31% | 1.38 |
| PENNSYLVANIA | 66.05% | 49.16% | 1.34 |
| MISSOURI | 68.71% | 51.47% | 1.33 |
| VIRGINIA | 67.50% | 51.85% | 1.30 |
| KANSAS | 66.26% | 50.91% | 1.30 |
| MARYLAND | 68.97% | 53.00% | 1.30 |
| NEVADA | 61.98% | 47.68% | 1.30 |
| NEW HAMPSHIRE | 72.10% | 55.56% | 1.30 |
| ALASKA | 71.73% | 55.56% | 1.29 |
| NEW MEXICO | 72.13% | 56.79% | 1.27 |
| MISSISSIPPI | 60.16% | 48.00% | 1.25 |
| LOUISIANA | 65.60% | 53.33% | 1.23 |
| MINNESOTA | 80.37% | 67.12% | 1.20 |
| FLORIDA | 67.36% | 57.06% | 1.18 |
| NEW JERSEY | 67.77% | 58.32% | 1.16 |
| WYOMING | 68.14% | 58.82% | 1.16 |
| WISCONSIN | 77.66% | 67.68% | 1.15 |
| SOUTH DAKOTA | 69.94% | 66.67% | 1.05 |
| VERMONT | 68.00% | 66.67% | 1.02 |
| OHIO | 66.07% | 69.23% | 0.95 |
| MAINE | 72.99% | 77.78% | 0.94 |
| KENTUCKY | 64.56% | 80.00% | 0.81 |
| SOUTH CAROLINA | 64.95% | 81.25% | 0.80 |

Fully Covered on the Basis of Spanish Heritage
Partially Covered on the Basis of Language
United States Average

[1] Turnout rates are measured as a percentage of the citizen population.

[2] Because Census data does not allow measurement of Hispanic turnout rates by county, figures for partially covered states can only be provided as statewide figures.

[3] Ratio = [(Number of White Voters/White Voting-Age Pop.)/(Number of Hispanics Voters/Hispanic Voting-Age Pop.)]

Source: U.S. Census Bureau, Reported Voting and Registration of the Total Voting-Age Population tbl.4a, available at: http://www.census.gov/hhes/www/socdemo/voting/publications/p20/2004/tables.html.



Figure 8
Ratio of White Turnout Rate to Hispanic Turnout Rate
3.20
3.00
2.80
2.60
2.40
2.20
2.00
1.80
1.60
1.40
1.20
1.00
0.80
TENNESSEE
WEST VIRGINIA
ALABAMA
NORTH CAROLINA
IDAHO
ARKANSAS
NORTH DAKOTA
NEBRASKA
GEORGIA
WASHINGTON
UTAH
INDIANA
MONTANA
HAWAII
OREGON
COLORADO
TEXAS
CONNECTICUT
CALIFORNIA
OKLAHOMA
ARIZONA
MASSACHUSETTS
IOWA
NEW YORK
UNITED STATES
RHODE ISLAND
DELAWARE
ILLINOIS
MICHIGAN
PENNSYLVANIA
MISSOURI
VIRGINIA
KANSAS
MARYLAND
NEVADA
NEW HAMPSHIRE
ALASKA
NEW MEXICO
MISSISSIPPI
LOUISIANA
MINNESOTA
FLORIDA
NEW JERSEY
WYOMING
WISCONSIN
SOUTH DAKOTA
VERMONT
OHIO
MAINE
KENTUCKY
SOUTH CAROLINA

**Table 9**
**Hispanic Elected Officials (HEOs) Nationwide (1996-2007)**

| Level of Office | 1996 | 2007 | Change |
|---|---|---|---|
| Federal | 17 | 26 | 52.9% |
| Statewide Officials (including Governor) | 6 | 6 | 0.0% |
| State Legislators | 156 | 238 | 52.6% |
| County Officials | 358 | 512 | 43.0% |
| Municipal Officials | 1295 | 1640 | 26.6% |
| Judicial/Law Enforcement Officials | 546 | 685 | 25.5% |
| School Board/Education Officials | 1240 | 1847 | 49.0% |
| Special District Officials | 125 | 175 | 40.0% |

Source: NALEO Educational Fund: A Profile of Latino Elected Officials in the United States and Their Progress Since 1996, available at www.naleo.org/downloads/NALEOFactSheet07.pdf. NALEO data cited in the National Commission on the Voting Rights Act Report, *see* Voting Rights Act: Evidence of Continued Need: Hearing Before the Subcomm. on the Constitution of the House Comm. on the Judiciary, 109th Cong., 2d Sess. at 129, 229, 249 (Mar. 8, 2006).



**Figure 9**
**Hispanic Elected Officials Nationwide (1996-2007)**

**Table 10**
**Hispanic Elected Officials (HEOs) By State (1996-2007)**

| Jurisdiction | Hispanic Elected Officials (1996) | Elected Officials (2007) | Hispanic CVAP (2007) | Percent Change from 1996-2007 | Ratio of Hispanic Elected Officials to Hispanic Citizen Voting-Age Population[1] |
|---|---|---|---|---|---|
| New Mexico | 623 | 657 | 874,688 | 5.5% | 751.12 |
| Texas | 1687 | 2170 | 8,600,399 | 28.6% | 252.31 |
| Arizona | 298 | 354 | 1,878,097 | 18.8% | 188.49 |
| Colorado | 161 | 160 | 965,885 | -0.6% | 165.65 |
| New Hampshire | 0 | 3 | 32,927 | N/A | 91.11 |
| California | 693 | 1163 | 13,220,891 | 67.8% | 87.97 |
| North Dakota | 0 | 1 | 12,002 | N/A | 83.32 |
| New Jersey | 33 | 103 | 1,382,031 | 212.1% | 74.53 |
| Connecticut | 13 | 27 | 403,375 | 107.7% | 66.94 |
| Rhode Island | 1 | 7 | 118,960 | 600.0% | 58.84 |
| Illinois | 41 | 97 | 1,919,690 | 136.6% | 50.53 |
| Wisconsin | 2 | 11 | 271,830 | 450.0% | 40.47 |
| Michigan | 4 | 16 | 402,797 | 300.0% | 39.72 |
| Massachusetts | 8 | 19 | 527,859 | 137.5% | 35.99 |
| Florida | 72 | 131 | 3,755,560 | 81.9% | 34.88 |
| Oregon | 1 | 12 | 396,140 | 1100.0% | 30.29 |
| Maryland | 2 | 10 | 356,227 | 400.0% | 28.07 |
| Alaska | 0 | 1 | 39,985 | N/A | 25.01 |
| Pennsylvania | 6 | 12 | 556,132 | 100.0% | 21.58 |
| Kentucky | 0 | 2 | 94,626 | N/A | 21.14 |
| New York | 40 | 64 | 3,162,382 | 60.0% | 20.24 |
| Nevada | 5 | 10 | 644,484 | 100.0% | 15.52 |
| Missouri | 0 | 2 | 178,421 | N/A | 11.21 |
| Georgia | 0 | 8 | 740,843 | N/A | 10.80 |
| South Carolina | 0 | 1 | 168,920 | N/A | 5.92 |
| Virginia | 0 | 3 | 508,217 | N/A | 5.90 |
| Oklahoma | 0 | 1 | 261,635 | N/A | 3.82 |

Fully Covered on the Basis of Spanish Heritage
Partially Covered on the Basis of Spanish Heritage

[1] Ratio = [(Number of HEOs/Hispanic Citizen Voting-Age Population)*1M]

Source: NALEO Educational Fund: A Profile of Latino Elected Officials in the United States and Their Progress Since 1996, available at www.naleo.org/downloads/NALEOFactSheet07.pdf. NALEO data cited in the National Commission on the Voting Rights Act Report, *see* Voting Rights Act: Evidence of Continued Need: Hearing Before the Subcomm. on the Constitution of the House Comm. on the Judiciary, 109th Cong., 2d Sess. at 129, 229, 249 (Mar. 8, 2006).
Source: Census Estimates of the Population by Race and Hispanic Origin for the United States and States: July 1, 2007, available at http://www.census.gov/popest/data/state/asrh/2007/tables/SC-EST2007-04.xls.



**Figure 10**
**Hispanic Elected Officials Per Million Hispanic Citizens**