UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

_____

| | | |
|---|---|---|
| STATE OF FLORIDA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 11-1428 |
| | ) | Three-Judge Court |
| UNITED STATES OF AMERICA, *et al.*, | ) | (MBG) (CKK) (ESH) |
| | ) | |
| Defendants. | ) | |

_____

ORDER

(August 16, 2012)

For the reasons set forth in the accompanying Opinion for the Court, filed *per curiam*, it is, this 16th day of August, 2012, hereby

ORDERED that judgment is entered in Florida's favor and against the defendants on Count Two of the [147] Third Amended Complaint (Declaratory Judgment—Inter-County Movers Changes).  The inter-county movers changes, codified at Fla. Stat. § 101.045 (2011), "neither ha[ve] the purpose nor will have the effect of denying or

-2-

abridging the right to vote on account of race or color" or membership in a language

minority group.  42 U.S.C. § 1973c(a).

It is further ORDERED that Count Three of the [147] Third Amended Complaint

(Declaratory Judgment—Early Voting Changes) is dismissed without prejudice.  On this

record, Florida has failed to carry its burden of showing that the early voting changes,

codified at Fla. Stat. § 101.657(d) (2011), will not "have the effect of denying or

abridging the right to vote on account of race or color" or membership in a language

minority group.  42 U.S.C. § 1973c(a).

SO ORDERED.


                                          /s/
                                          MERRICK B. GARLAND
                                          United States Circuit Judge


                                          /s/
                                          COLLEEN KOLLAR-KOTELLY
                                          United States District Judge


                                          /s/
                                          ELLEN S. HUVELLE
                                          United States District Judge